IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION, | § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 4:16-CV-469 |
| MAURA TRACY HEALEY, Attorney General of Massachusetts, in her official capacity, | § § § § § | |
| Defendant. | § § § | |

**<u>NOTICE OF RELATED CASE</u>**

Pursuant to Local Rule 3.3 of the Northern District of Texas, Plaintiff Exxon Mobil Corporation ("ExxonMobil") identifies the following related case pending in the Northern District of Texas before the Honorable Judge Ed Kinkeade:

*Exxon Mobil Corporation* v. *Claude Earl Walker, et al.*, Civil Action No. 4:16-CV-00364-K (the "*Walker* case")

This case, and the *Walker* case, involve common questions of law or fact. Specifically, each involves challenges to either a subpoena or a civil investigative demand issued to ExxonMobil in connection with purported allegations that it violated state law in connection with global warming. Except for the fact that the *Walker* case is not ripe for adjudication by a federal court, the two cases involve the same or similar legal questions.

ExxonMobil further wishes to inform the Clerk of this Court that when the *Walker* action was removed to this Court, each of Judges McBryde, Means, and O'Connor recused, evidently because of the fact that ExxonMobil was a party.

1

In light of the foregoing, the *Walker* case and this case arise from a common nucleus of operative fact.

Dated:  June 15, 2016

Respectfully submitted,

EXXON MOBIL CORPORATION

By:  /s/ Patrick J. Conlon
Patrick J. Conlon
(patrick.j.conlon@exxonmobil.com)
State Bar No. 24054300
(*pro hac vice* pending)
Daniel E. Bolia
(daniel.e.bolia@exxonmobil.com)
State Bar No. 24064919
1301 Fannin Street
Houston, TX 77002
(832) 624-6336

/s/ Theodore V. Wells, Jr.
Theodore V. Wells, Jr.
(*pro hac vice* pending)
Michele Hirshman
(*pro hac vice* pending)
Daniel J. Toal
(*pro hac vice* pending)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
(212) 373-3000
Fax: (212) 757-3990

Justin Anderson
(*pro hac vice* pending)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, D.C.  20006-1047
(202) 223-7300
Fax: (202) 223-7420

/s/ Ralph H. Duggins
Ralph H. Duggins
(rduggins@canteyhanger.com)
State Bar No. 06183700
Philip A. Vickers
(pvickers@canteyhanger.com)
State Bar No. 24051699
Alix D. Allison
(aallison@canteyhanger.com)
State Bar. No. 24086261
CANTEY HANGER LLP
600 W. 6th St. #300
Fort Worth, TX 76102
(817) 877-2800
Fax: (817) 877-2807

/s/ Nina Cortell
Nina Cortell
(nina.cortell@haynesboone.com)
State Bar No. 04844500
HAYNES & BOONE, LLP
2323 Victory Avenue
Suite 700
Dallas, TX 75219
(214) 651-5579
Fax: (214) 200-0411

*Counsel for Exxon Mobil Corporation*