# MEMORANDUM

TO:      Edmund Dieth

FROM:    John McBryde

DATE:    June 15, 2016

RE:      4:16-CV-469-A
         Exxon Mobil Corporation v. Healey

    I hereby recuse from the above-styled and numbered action pursuant to 28 U.S.C. § 455(b)(4). Would you please cause the reassignment of this case to be made in compliance with Special Order No. 3-249.

*[signature]*
John McBryde

JM/dt