IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

EXXON MOBIL CORPORATION          §
                                 §
VS.                              §    CIVIL ACTION NO. 4:16-CV-469-Y
                                 §
MAURA TRACY HEALEY               §

NOTICE OF RECUSAL

In accordance with 28 U.S.C. § 455(b)(5)(iii), the undersigned judge hereby recuses himself from the above cause and directs the clerk of Court to assign this case to another judge.

SIGNED June 17, 2016.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

NOTICE OF RECUSAL - Page Solo
TRM/mdf