**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE STREET
DALLAS, TEXAS 75242

**REED  O′ CONNOR**                                                                     214/753-2650 Chambers

**U.S. District Judge**                                                                          214/753-2657 Facsimile

June 17, 2016

Karen Mitchell
Clerk of Court
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, TX 75242

Re:    4:16-CV-469-O; Exxon Mobil Corporation v. Healey

Dear Ms. Mitchell:

     I hereby recuse myself from the above styled and numbered case.  Please see that it is assigned to another judge per the usual procedure.

                                              Sincerely,

                                              Reed O'Connor
                           **UNITED STATES DISTRICT JUDGE**