**United States District Court**
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE STREET, RM. 1528
DALLAS, TEXAS  75242

CHAMBERS OF
**SIDNEY A. FITZWATER**
U.S. DISTRICT JUDGE
(214) 753-2333

June 17, 2016

Mrs. Karen Mitchell
Clerk of Court
United States District Court
1100 Commerce Street, Rm. 1452
Dallas, Texas 75242

    Re:    *Exxon Mobil Corp. v. Healey, et al.*
            Civil Action No. 4:16-CV-0469-D

Dear Mrs. Mitchell:

    I desire to recuse myself in the referenced civil action.

                                 Respectfully,

                                 Sidney A. Fitzwater
                                 United States District Judge