IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 4:16-CV-0469-M |
| VS. | § | |
| | § | |
| MAURA TRACY HEALEY, *In her official capacity as Attorney General of the State of Massachusetts*, | § § § | |
| | § | |
| Defendant. | § | |

## ORDER OF TRANSFER

This case is hereby **TRANSFERRED** to the docket of **U.S. District Judge Ed Kinkeade**.

All future pleadings shall subsequently be filed under case No. 4:16-CV-469-K.

**SO ORDERED.**

DATED:    June 21, 2016.

_____
BARBARA M. G. LYNN
CHIEF JUDGE