IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Case No. |
| | § | 4:16-CV-469-K |
| MAURA TRACY HEALEY, Attorney | § | |
| General of Massachusetts, in her | § | |
| official capacity, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The parties' Joint Motion for Enlargement of Time for Responses to Complaint and Motion for a Preliminary Injunction and to Set a Briefing Schedule, and Leave for Defendant to Appear Without Local Counsel for Limited Purpose of Joining this Motion (Doc. No. 21) is before the Court. The Court carefully considered the Motion, the applicable authority, and the relevant portions of the record.

The Court **GRANTS** the parties' Joint Motion for Enlargement of Time for Responses to Complaint and Motion for a Preliminary Injunction and to Set a Briefing Schedule. The Court also **GRANTS** Defendant's Motion for Leave to Proceed Without Local Counsel for, and only for, the purpose of joining the Motion for Enlargement of Time for Responses to Complaint and Motion for a Preliminary Injunction and to Set a Briefing Schedule. Accordingly, the Court **ORDERS** the following:

(1) Defendant Maura Tracy Healy shall answer or otherwise respond to ExxonMobil's Complaint and Motion for a Preliminary injunction by **August 8, 2016**.

(2) Plaintiff ExxonMobil shall file its reply to the Preliminary Injunction and response to Defendant's motion to dismiss, if any such motion is filed, by **September 8, 2016**.

(3) Defendant shall file its reply to Plaintiff's response to Defendant's motion to dismiss, if any such motion is filed, by **October 11, 2016**.

(4) Within **fourteen (14) days** from the date this order is signed, Defendant Maura Tracy Healy shall file the entry of appearance of local counsel satisfying the requirements of Local Rule 83.10(a).

**SO ORDERED.**

Signed June 30th, 2016.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE