## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Exxon Mobil Corporation | § |
| *Plaintiff* | § |
| | § |
| | § |
| v. | §    Case No. 4:16-CV-00469-K |
| | § |
| | § |
| Maura Tracy Healey | § |
| *Defendant* | § |

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.**   Applicant is an attorney and a member of the law firm of (or practices under the name of)

Thiruvendran Vignarajah, Deptuty Attorney General,                          , with offices at

Office of the Attorney General of Maryland, 200 St. Paul Place, 20th Floor
(Street Address)

| Baltimore | MD | 21202 |
|---|---|---|
| (City) | (State) | (Zip Code) |

| 410-576-6330 | 410-576-6955 |
|---|---|
| (Telephone No.) | (Fax No.) |

**II.**   Applicant will sign all filings with the name Thiruvendran Vignarajah                          .

**III.**   Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

State of Maryland

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.      Applicant is a member in good standing of the bar of the highest court of the state of

_____Maryland_____, where Applicant regularly practices law.

Bar license number:_0812180249_      Admission date:_12/08/2008_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

| For Court Use Only. |
| Bar Status Verified: |
| _____ |

V.      Applicant has also been admitted to practice before the following courts:

Court:                          Admission Date:                    Active or Inactive:

_____      _____      _____

_____      _____      _____

_____      _____      _____

_____      _____      _____

VI.      Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII.      Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII.      Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.**  Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

N/A

_____

_____

(If necessary, attach statement of additional applications.)

**X.**  Local counsel of record associated with Applicant in this matter is

 See Motion for Leave to Proceed Without Local Counsel                    , who has offices at

_____

(Street Address)

_____          _____      _____

(City)                                            (State)                (Zip Code)

_____          _____

(Telephone No.)                                (Facsimile No.)

**XI.**  Check the appropriate box below.

For Application in a **Civil Case**

[✓]  Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]  Applicant has read and will comply with the local criminal rules of this court.

**XII.**  Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 8th  day of August                , 2016    .

 Thiruvendran Vignarajah
Printed Name of Applicant

*Thiruvendran Vignarajah*
Signature