UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

------------------------------------------------------------x
                               :

EXXON MOBIL CORPORATION,            :

                               :

                 Plaintiff,      :

                               :          No. 4:16-cv-469-K

        - v. -                :

                               :

MAURA TRACY HEALEY, Attorney General  :
of Massachusetts, in her official capacity,  :

                               :

              Defendant.     :

                               :

------------------------------------------------------------x

## [PROPOSED] ORDER

Before the Court is the Motion for Leave To File a Memorandum of Law in Support of Defendant's Motion To Dismiss and in Opposition to Plaintiff's Motion for a Preliminary Injunction filed by the States of Maryland, New York, Illinois, Iowa, Maine, Minnesota, Mississippi, New Mexico, Oregon, Rhode Island, Vermont, Washington, and the District of Columbia and U.S. Virgin Islands ("proposed *amici* States"). After consideration of the motion, the brief filed with that motion, the positions of the parties, and the relevant portions of the record, the Court hereby **GRANTS** the proposed *amici* States' Motion for Leave To File a Memorandum of Law.

It is **ORDERED** that the proposed *amici* States' Memorandum of Law is accepted for filing and that the Clerk shall revise the movants' designation to "*amici curiae*."

**SO ORDERED**.
Signed _____ day of _____ 2016.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE