| | | |
|---|---|---|
| **BRIAN E. FROSH**<br>*Attorney General* |  | **ELIZABETH F. HARRIS**<br>*Chief Deputy Attorney General*<br><br>**THIRUVENDRAN VIGNARAJAH**<br>*Deputy Attorney General* |

# STATE OF MARYLAND
## OFFICE OF THE ATTORNEY GENERAL

FACSIMILE NO.
410-576-7003

WRITER'S DIRECT DIAL NO.
410-576-6328

August 9, 2016

The Honorable Judge Ed Kinkeade
United States District Court for the Northern District of Texas
1100 Commerce Street, Room 1625
Dallas, Texas 75242

    Re:    *Exxon Mobil Corporation v. Maura T. Healey, Attorney General of Massachusetts*
            Docket No. 4:16-cv-469-K

Dear Judge Kinkeade:

    Because of a typographical error with respect to the spelling of counsel's name, please accept a refiled memorandum of law on behalf of the *amici* States. The typographical error falls on the cover page, and nothing else has been altered or modified.

                                      Sincerely,

                                      /s/Thiruvendran Vignarajah
                                    THIRUVENDRAN VIGNARAJAH
                                    Deputy Attorney General
                                    (Pro Hac Vice pending)
                                    Maryland Bar #0812180249
                                    200 St. Paul Place
                                    Baltimore, MD 21202
                                    Tel: (410) 576-6300
                                    Fax: (410) 576-7036
                                    tvignarajah@oag.state.md.us

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of August, 2016, I caused the foregoing Correspondence to be served on all parties via the Court's CM/ECF system.

/s/Thiruvendran Vignarajah
THIRUVENDRAN VIGNARAJAH
Deputy Attorney General