**BRIAN E. FROSH**
*Attorney General*

**ELIZABETH F. HARRIS**
*Chief Deputy Attorney General*

**THIRUVENDRAN VIGNARAJAH**
*Deputy Attorney General*



# STATE OF MARYLAND
# OFFICE OF THE ATTORNEY GENERAL

FACSIMILE NO.
410-576-7003

WRITER'S DIRECT DIAL NO.
410-576-6328

August 17, 2016

The Honorable Ed Kinkeade
United States District Court for the Northern District of Texas
1100 Commerce Street, Room 1625
Dallas, Texas 75242

      Re:    *Exxon Mobil Corp. v. Healey*, Docket No. 4:16-cv-00469-K

Dear Judge Kinkeade:

The States of Maryland and New York are filing contemporaneously with this letter amended motions for leave (*i*) to file an *amici curiae* brief on behalf of proposed *amici* States in support of defendant's motion to dismiss and in opposition to plaintiff's motion for a preliminary injunction; and (*ii*) to proceed without local counsel. The original motions were filed on August 8, 2016. (*See* ECF Nos. 45-49.) The only differences from the original set of motion papers are: (*a*) the addition of six States that joined the brief after the initial filing date—Alaska, Connecticut, Hawai'i, Kentucky, New Jersey, and Virginia; (*b*) updates to the certificates of conference; and (*c*) a correction of one typographical error in the heading of the original motion for leave to file an *amici* brief.

                  Respectfully submitted,

                  */s/ Thiruvendran Vignarajah*
                  THIRUVENDRAN VIGNARAJAH
                  Deputy Attorney General
                  (Pro Hac Vice pending)
                  Maryland Bar #0812180249
                  200 St. Paul Place
                  Baltimore, MD 21202
                  Tel: (410) 576-6300
                  Fax: (410) 576-7036
                  tvignarajah@oag.state.md.us

Cc: (via ECF)
All counsel of record

200 Saint Paul Place ❖ Baltimore, Maryland, 21202-2021
Main Office (410) 576-6300 ❖ Main Office Toll Free (888) 743-0023
Consumer Complaints and Inquiries (410) 528-8662 ❖ Health Advocacy Unit/Billing Complaints (410) 528-1840
Health Advocacy Unit Toll Free (877) 261-8807 ❖ Homebuilders Division Toll Free (877) 259-4525 ❖ Telephone for Deaf (410) 576-6372
www.oag.state.md.us

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of August, 2016, I caused the foregoing

Correspondence to be served on all parties via the Court's CM/ECF system.


/s/ Thiruvendran Vignarajah
THIRUVENDRAN VIGNARAJAH
Deputy Attorney General