UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:16-CV-00469-K |
| | § | |
| MAURA TRACY HEALY, Attorney | § | |
| General of Massachusetts in her official | § | |
| capacity, | § | |
| | § | |
| Defendant. | | |

## ORDER

Before the Court is the Motion for Leave to Proceed Without Local Counsel filed by the states of Maryland, New York, Illinois, Iowa, Maine, Minnesota, Mississippi, New Mexico, Oregon, Rhode Island, Vermont, Washington, and the District of Columbia, and the United States Virgin Islands ("amici States") (Doc. No. 52). The amici States seek leave to proceed without local counsel to file a Memorandum of Law in Support of Defendant's Motion to Dismiss and in Opposition to Plaintiff's Motion for a Preliminary Injunction.

After carefully considering the Motion for Leave to Proceed Without Local Counsel filed by the amici States, the Court GRANTS the motion to the extent that the amici States seek to file a Memorandum of Law in Support of Defendant's Motion to Dismiss and in Opposition to Plaintiff's Motion for a Preliminary Injunction. However, if the amici States seek to present anything further to the Court

1

in writing or orally, the amici States must obtain local counsel pursuant to Local Rule 83.10(a).

**SO ORDERED.**

Signed August 24th, 2016.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE