IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | No. 4:16-CV-469-K |
| MAURA TRACY HEALEY, Attorney General of Massachusetts, in her official capacity, | § § § | |
| | § | |
| Defendant. | § | |
| | § | |

**SUPPLEMENTAL APPENDIX IN SUPPORT OF EXXON MOBIL CORPORATION'S MOTION FOR PRELIMINARY INJUNCTION**

| Exhibit | Description | Page(s) |
|---|---|---|
| N/A | Declaration of Justin Anderson (Aug. 23, 2016) | v – xiii |
| A | Memorandum from Roger W. Cohen to W. Glass (Aug. 18, 1981) | Supp. App. 1 – Supp. App. 5 |
| B | Letter from Roger W. Cohen to A.M. Natkin, Exxon Corp. Office of Science and Technology (Sept. 2, 1982) | Supp. App. 6 – Supp. App. 10 |
| C | Memorandum from M.B. Glaser, Manager, Environmental Affairs Programs, Exxon Research and Engineering Co., to a Distribution List (Nov. 12, 1982) | Supp. App. 11 – Supp. App. 57 |
| D | Henry Shaw, *$CO_2$ Greenhouse & Climate Issues* (Mar. 28, 1984) | Supp. App. 58 – Supp. App. 71 |
| E | Transcript of the AGs United for Clean Power Press Conference, held on March 29, 2016, which was prepared by counsel based on a video recording of the event. The video recording is available at http://www.ag.ny.gov/press-release/ag-schneiderman-former-vice-president-al-gore-and-coalition-attorneys-general-across | Supp. App. 72 – Supp. App. 92 |
| F | Massachusetts Civil Investigative Demand | Supp. App. 93 – Supp. App. 122 |

| **Exhibit** | **Description** | **Page(s)** |
|---|---|---|
| G | Climate Change Coalition Common Interest Agreement | Supp. App. 123 – Supp. App. 142 |
| H | Stephen Seidel & Dale Keyes, U.S. Environmental Protection Agency, *Can We Delay a Greenhouse Warming* (1983) | Supp. App. 143 – Supp. App. 158 |
| I | William A. Nierenberg et al., Nat'l Research Council, *Changing Climate: Report of the Carbon Dioxide Assessment Committee* (1983) | Supp. App. 159 – Supp. App. 182 |
| J | *Endangerment and Cause or Contribute Findings for Greenhouse Gases Under Section 202(a) of the Clean Air Act*, EPA, https://www3.epa.gov/climatechange/endangerment/ (last updated Aug. 9, 2016) | Supp. App. 183 – Supp. App. 185 |
| K | Exxon Mobil Corp., *Financial & Operating Review* (2015) | Supp. App. 186 – Supp. App. 203 |
| L | Exxon Mobil Corp., *Energy & Carbon – Managing the Risks* (2014) | Supp. App. 204 – Supp. App. 234 |
| M | Statoil, *Sustainability Report* (2015) | Supp. App. 235 – Supp. App. 252 |
| N | Public letter by J.J. Traynor, Executive Vice President, Investor Relations, Royal Dutch Shell plc (May 16, 2014) | Supp. App. 253 – Supp. App. 257 |
| O | Press Release, State of Alabama Office of the Attorney General, *State AG's Strange, Pruitt Condemn Attempts to Silence Those Who Disagree with President Obama's Energy Agenda* (Mar. 30, 2016), http://www.ago.state.al.us/News-800 | Supp. App. 258 – Supp. App. 259 |
| P | Press Release, *Attorney General Jeff Landry Slams Al Gore's Coalition*, State of Louisiana Office of the Attorney General (Mar. 30, 2016), https://www.ag.state.la.us/Article.aspx?articleiD=2207&catiD=2 | Supp. App. 260 – Supp. App. 261 |
| Q | Michael Bastasch, *Kansas AG Takes on Al Gore's Alarmism – Won't Join Anti-Exxon 'Publicity Stunt,'* The Daily Caller (Apr. 4, 2016), http://dailycaller.com/2016/04/04/kansas-ag-takes-on-al-gores-alarmism-wont-join-ant-exxon-publicity-stunt | Supp. App. 262 – Supp. App. 264 |

| **Exhibit** | **Description** | **Page(s)** |
|---|---|---|
| R | Kyle Feldscher, *West Virginia AG 'Disappointed' in Probes of Exxon Mobil*, Wash. Examiner (Apr. 5, 2016), http://www.washingtonexaminer.com/west-virginia-ag-disappointed-in-probes-of-exxon-mobil/article/2587724 | Supp. App. 265 – Supp. App. 269 |
| S | E-mail from Michael Meade, Director, Intergovernmental Affairs Bureau, Office of the New York Attorney General, to Scot Kline, Assistant Attorney General, Office of the Vermont Attorney General, and Wendy Morgan, Chief of Public Protection, Office of the Vermont Attorney General (Mar. 22, 2016, 4:51 PM) | Supp. App. 270- Supp. App. 273 |
| T | E-mail from Peter Washburn, Policy Advisor, Environmental Protection Bureau of the New York Attorney General, to Lemuel Srolovic, Bureau Chief, Environmental Protection Bureau, Office of the New York State Attorney General; Scot Kline, Assistant Attorney General, Office of the Vermont Attorney General; and Wendy Morgan, Chief of Public Protection, Office of the Vermont Attorney General (Mar. 25, 2016, 11:49 AM) | Supp. App. 274 – Supp. App. 281 |
| U | E-mail from Wendy Morgan, Chief of Public Protection, Office of the Vermont Attorney General, to Peter Washburn, Policy Advisor, Environmental Protection Bureau of the New York Attorney General, and Scot Kline, Assistant Attorney General, Office of the Vermont Attorney General (Mar. 30, 2016, 5:29 PM) | Supp. App. 282 – Supp. App. 284 |

| | |
|---|---|
| EXXON MOBIL CORPORATION<br>Patrick J. Conlon<br>(patrick.j.conlon@exxonmobil.com)<br>State Bar No. 24054300<br>(*pro hac vice*)<br>Daniel E. Bolia<br>(daniel.e.bolia@exxonmobil.com)<br>State Bar No. 24064919<br>1301 Fannin Street<br>Houston, TX 77002<br>(832) 624-6336<br><br>Theodore V. Wells, Jr.<br>(*pro hac vice*)<br>Michele Hirshman<br>(*pro hac vice*)<br>Daniel J. Toal<br>(*pro hac vice*)<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY  10019-6064<br>(212) 373-3000<br>(212) 757-3990 – Fax<br><br>Justin Anderson<br>(*pro hac vice*)<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>2001 K Street, NW<br>Washington, D.C.  20006-1047<br>(202) 223-7300<br>(202) 223-7420 – Fax<br><br>*Counsel for Exxon Mobil Corporation* | /s/ Ralph H. Duggins<br>Ralph H. Duggins<br>(rduggins@canteyhanger.com)<br>State Bar No. 06183700<br>Philip A. Vickers<br>(pvickers@canteyhanger.com)<br>State Bar No. 24051699<br>Alix D. Allison<br>(aallison@canteyhanger.com)<br>State Bar. No. 24086261<br>CANTEY HANGER LLP<br>600 W. 6th Street, Suite 300<br>Fort Worth, TX 76102<br>(817) 877-2800<br>(817) 877-2807 – Fax<br><br>Nina Cortell<br>(nina.cortell@haynesboone.com)<br>State Bar No. 04844500<br>HAYNES & BOONE, LLP<br>2323 Victory Avenue<br>Suite 700<br>Dallas, TX 75219<br>(214) 651-5579<br>(214) 200-0411 – Fax |

## **CERTIFICATE OF SERVICE**

  This is to certify that on this 24th day of August 2016, a true and correct copy of the foregoing document was filed electronically via the CM/ECF system, which gave notice to all counsel of record pursuant to Local Rule 5.1(d).

            /s/ Ralph H. Duggins
            Ralph H. Duggins