No. 4:16-cv-469-K

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

EXXON MOBIL CORPORATION,

Plaintiff,

*v.*

MAURA TRACY HEALEY, ATTORNEY GENERAL OF MASSACHUSETTS,

IN HER OFFICIAL CAPACITY,

Defendant.

## MOTION FOR LEAVE TO FILE BRIEF AS
## *AMICI CURIAE* IN SUPPORT OF PLAINTIFF

Pursuant to Local Rule 7, by and through Ken Paxton, Attorney General of Texas, Movants respectfully request the Court's leave to file a brief as *amici curiae* in support of the Plaintiff, Exxon Mobil Corporation. As set forth in the accompanying certificate of conference, the Defendant takes no position on the motion. The Plaintiff consents to the motion.

In support of this motion for leave to file a brief as *amici curiae*, pursuant to Local Rule 7.1(h), Movants attach the accompanying brief in support of the motion, as well as the proposed amicus brief, consistent with appellate practice, and also submits the attached proposed order for consideration by the Court.

Respectfully submitted this the 8th day of September, 2016,

| | |
|---|---|
| JEFF LANDRY<br>Attorney General of Louisiana | KEN PAXTON<br>Attorney General of Texas |
| ALAN WILSON<br>Attorney General of South Carolina | JEFFREY C. MATEER<br>First Assistant Attorney General |
| LUTHER STRANGE<br>Attorney General of Alabama | BRANTLEY STARR<br>Deputy First Assistant Attorney General |
| BILL SCHUETTE<br>Attorney General of Michigan | PRERAK SHAH<br>Senior Counsel to the Attorney General |
| MARK BRNOVICH<br>Attorney General of Arizona | */s/ Andrew D. Leonie*<br>ANDREW D. LEONIE<br>Associate Deputy Attorney General for the Office of Special Litigation<br>Andrew.Leonie@texasattorneygeneral.gov |
| BRAD SCHIMEL<br>Attorney General of Wisconsin | |
| DOUG PETERSON<br>Attorney General of Nebraska | AUSTIN R. NIMOCKS<br>Associate Deputy Attorney General for the Office of Special Litigation<br>Austin.Nimocks@texasattorneygeneral.gov |
| SCOTT PRUITT<br>Attorney General of Oklahoma | |
| SEAN REYES<br>Attorney General of Utah | MICHAEL TOTH<br>Senior Counsel for the Office of Special Litigation |
| ADAM LAXALT<br>Attorney General of Nevada | |

Office of Special Litigation
Texas Attorney General's Office
P.O. Box 12548, Mail Code 009
Austin, Texas 78711-2548
Tel: 512-936-1414
Fax: 512-936-0545

*ATTORNEYS FOR PROPOSED AMICI CURIAE*

## CERTIFICATE OF CONFERENCE

Movant's counsel conferred via email on August 24, 2016 with Defendant's counsel. Movant's counsel also conferred with Plaintiff's counsel via email on August 24, 2016. Plaintiff's counsel consents to the motion for leave to file, and Defendant's counsel takes no position on the motion.

S/ Andrew D. Leonie III
Andrew D. Leonie III
SBOT No. 12216500

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of September 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which I understand to have caused service on all counsel of record.

S/ Andrew D. Leonie III
Andrew D. Leonie III
SBOT No. 12216500
