No. 4:16-cv-469-K

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

EXXON MOBIL CORPORATION,
*Plaintiff*,

*v.*

MAURA TRACY HEALEY, ATTORNEY GENERAL OF MASSACHUSETTS, IN HER OFFICIAL CAPACITY,
*Defendant*.

## ORDER [PROPOSED] GRANTING LEAVE TO FILE BRIEF AS *AMICI CURIAE*

Before the Court is the Motion for Leave to File a Brief as *Amici Curiae* filed by TEXAS, LOUISIANA, SOUTH CAROLINA, ALABAMA, MICHIGAN, ARIZONA, WISCONSIN, NEBRASKA, OKLAHOMA, UTAH, AND NEVADA.

Upon consideration of the motion, the accompanying brief, and the positions of the parties as represented in the motion, the Court finds the motion should be GRANTED.

IT IS THEREFORE ORDERED that Movants are granted leave to file their brief as *Amici Curiae*.

IT IS FURTHER ORDERED that the Clerk shall docket the brief proffered with Movants' motion and shall revise Movants' designation in the case to *Amici Curiae*.

Dated: _____, 2016.

_____
Ed Kinkeade
United States District Judge