IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:16-CV-469-K |
| | ) | |
| MAURA TRACY HEALEY, Attorney General of Massachusetts, in her official capacity, | ) ) ) | |
| | ) | |
| Defendant. | ) ) ) | |

**SUPPLEMENTAL APPENDIX IN SUPPORT OF
ATTORNEY GENERAL HEALEY'S REPLY TO
EXXON MOBIL CORPORATION'S OPPOSITION TO
ATTORNEY GENERAL HEALEY'S MOTION TO DISMISS**

| **Exhibit** | **Description** | **Page(s)** |
|---|---|---|
| N/A | Declaration of Peter C. Mulcahy (Sept. 16, 2016) | iv - v |
| A | Excerpt from Exhibit A ("transcript of the AGs United for Clean Power Press Conference, held on March 29, 2016"), App. 013-014, Appendix in Support of Exxon Mobil Corporation's Complaint | Supp. App. 001 - 003 |
| B | Cover Page and Table of Contents from Memorandum of Exxon Mobil Corporation In Support of Its Emergency Motion to Set Aside or Modify the Civil Investigative Demand or Issue a Protective Order, *In re Civil Investigative Demand No. 2016-EPD-36, Issued by the Office of the Attorney General*, No. 16-1888-F (Mass. Super. Ct. Jun. 16, 2016) | Supp. App. 004 - 007 |

Dated: September 16, 2016

Respectfully submitted,

MAURA HEALEY
ATTORNEY GENERAL OF
MASSACHUSETTS

By her attorneys:

|  |  |
|---|---|
| Richard Johnston (*pro hac vice*) | s/ *Douglas A. Cawley* |
| Chief Legal Counsel | Douglas A. Cawley |
| richard.johnston@state.ma.us | Lead Attorney |
| Melissa A. Hoffer (*pro hac vice)* | Texas State Bar No. 04035500 |
| Chief, Energy and Environment Bureau | dcawley@mckoolsmith.com |
| melissa.hoffer@state.ma.us | Richard A. Kamprath |
| Christophe G. Courchesne (*pro hac vice*) | Texas State Bar No. 24078767 |
| Chief, Environmental Protection Division | rkamprath@mckoolsmith.com |
| christophe.courchesne@state.ma.us | MCKOOL SMITH, P.C. |
| I. Andrew Goldberg (*pro hac vice*) | 300 Crescent Court, Suite 1500 |
| andy.goldberg@state.ma.us | Dallas, Texas 75201 |
| Peter C. Mulcahy (*pro hac vice*) | (214) 978-4000 |
| peter.mulcahy@state.ma.us | Fax (214) 978-4044 |
| Assistant Attorneys General | |
| OFFICE OF THE ATTORNEY GENERAL | |
| One Ashburton Place, 18th Floor | |
| Boston, MA 02108 | |
| (617) 727-2200 | |

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 16, 2016, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

                                          s/ *Douglas A. Cawley*
                                          Douglas A. Cawley

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 4:16-CV-469-K |
| MAURA TRACY HEALEY, Attorney General of Massachusetts, in her official capacity, | ) ) ) ) ) | |
| Defendant. | ) ) ) | |

## **DECLARATION OF PETER C. MULCAHY**

I, Peter C. Mulcahy, declare as follows:

1.      My name is Peter C. Mulcahy. I have been admitted to practice law *pro hac vice* in this Court and am an Assistant Attorney General in the Office of Massachusetts Attorney General Maura Healey ("AGO"). I am one of the attorneys representing Maura Healey, Attorney General of Massachusetts, in her official capacity, in this case. I am over 18 years of age and am fully competent in all respects to make this declaration. I have personal knowledge of the facts stated herein, based on my experience or my consultation with others, or they are known to me in my capacity as counsel for Attorney General Maura Healey, and each of them is true and correct.

2.      I submit this declaration in support of Attorney General Healey's Reply to Plaintiff Exxon Mobil Corporation's Opposition to Attorney General Healey's Motion to Dismiss.

3.      Attached to this declaration as Exhibit A is a true and accurate copy of pages App. 013-014 of Exhibit A ("transcript of the AGs United for Clean Power Press Conference, held on

March 29, 2016, which was prepared by counsel based on a video recording of the event") of the Appendix in Support of Exxon Mobil Corporation's Complaint.

    4.    Attached to this declaration as Exhibit B is a true and accurate copy of the Cover Page and Table of Contents from the Memorandum of Exxon Mobil Corporation In Support of Its Emergency Motion to Set Aside or Modify the Civil Investigative Demand or Issue a Protective Order, *In re Civil Investigative Demand No. 2016-EPD-36, Issued by the Office of the Attorney General*, No. 16-1888-F (Mass. Super. Ct. Jun. 16, 2016).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 16, 2016.

    s/ Peter C. Mulcahy
    Peter C. Mulcahy (*pro hac vice*)
    peter.mulcahy@state.ma.us
    Assistant Attorney General
    OFFICE OF THE ATTORNEY GENERAL
    One Ashburton Place, 18th Floor
    Boston, MA 02108
    (617) 727-2200