**SUPPLEMENTAL APPENDIX**

**EXHIBIT A**

**AGs United For Clean Power Press Conference**
**March 29, 2016: 11:35 am – 12:32 pm**

|  |  |
|---|---|
|  | financial fraud issues, Massachusetts Attorney General Maura Healey. |
| **AG Healey**: | Thank you very much General Schneiderman. Thank you General Schneiderman and General Sorrel for your leadership on this issue. It's an honor for me to be able to stand here today with you, with our colleagues and certainly with the Vice President who, today, I think, put most eloquently just how important this is, this commitment that we make. Thank you for your leadership. Thank you for your continuing education. Thank you for your inspiration and your affirmation. |
|  | You know, as attorneys general, we have a lot on our plates: addressing the epidemics of opiate abuse, gun violence, protecting the economic security and well-being of families across this country; all of these issues are so important. But make no mistake about it, in my view, there's nothing we need to worry about more than climate change. It's incredibly serious when you think about the human and the economic consequences and indeed the fact that this threatens the very existence of our planet. Nothing is more important. Not only must we act, we have a moral obligation to act. That is why we are here today. |
|  | The science – we do believe in science; we're lawyers, we believe in facts, we believe in information, and as was said, this is about facts and information and transparency. We know from the science and we know from experience the very real consequences of our failure to address this issue. Climate change is and has been for many years a matter of extreme urgency, but, unfortunately, it is only recently that this problem has begun to be met with equally urgent action. Part of the problem has been one of public perception, and it appears, certainly, that certain companies, certain industries, may not have told the whole story, leading many to doubt whether climate change is real and to misunderstand and misapprehend the catastrophic nature of its impacts. Fossil fuel companies that deceived investors and consumers about the dangers of climate change should be, must be, held accountable. That's why I, too, have joined in investigating the practices of ExxonMobil. We can all see today the troubling disconnect between what Exxon knew, what industry folks knew, and what the company and industry chose to share with investors and with the American public. |

## AGs United For Clean Power Press Conference
**March 29, 2016: 11:35 am – 12:32 pm**

|  |  |
|---|---|
|  | We are here before you, all committed to combating climate change and to holding accountable those who have misled the public. The states represented here today have long been working hard to sound the alarm, to put smart policies in place, to speed our transition to a clean energy future, and to stop power plants from emitting millions of tons of dangerous global warming pollution into our air. I will tell you, in Massachusetts that's been a very good thing. Our economy has grown while we've reduced greenhouse gas emissions and boosted clean power and efficiency. We're home to a state with an $11 billion clean energy industry that employs nearly 100,000 people. Last year clean energy accounted for 15% of New England's power production. Our energy efficiency programs have delivered $12.5 billion in benefits since 2008 and are expected to provide another $8 billion over the next three years. For the past five years, Massachusetts has also been ranked number one in the country for energy efficiency. So we know what's possible. We know what progress looks like. But none of us can do it alone. That's why we're here today. We have much work to do, but when we act and we act together, we know we can accomplish much. By quick, aggressive action, educating the public, holding accountable those who have needed to be held accountable for far too long, I know we will do what we need to do to address climate change and to work for a better future. So, I thank AG Schneiderman for gathering us here today and for my fellow attorneys general in their continued effort in this important fight. Thank you. |
| **AG Schneiderman**: | Thank you. And now another great colleague who speaks as eloquently as anyone I've heard about what's happening to his state, and a true hero of standing up in a place where maybe it's not quite as politically easy as it is to do it in Manhattan but someone who is a true aggressive progressive and a great attorney general, Mark Herring from Virginia. |
| **AG Herring**: | Thank you, Eric. Good afternoon. In Virginia, climate change isn't some theoretical issue. It's real and we are already dealing with its consequences. Hampton Roads, which is a coastal region in Virginia, is our second most populated region, our second biggest economy and the country's second most vulnerable area as sea levels rise. The area has the tenth most valuable assets in the world threatened by sea level rise. In the last 85 years the relative sea level in Hampton Roads has risen 14 inches – that's well over a foot – in just the last century. |

13

**Supp. App. 003**

**App. 014**

## SUPPLEMENTAL APPENDIX

## EXHIBIT B

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                  SUPERIOR COURT DEPARTMENT
                                              OF THE TRIAL COURT
                                              CIVIL ACTION NO. 16-1888 F

)
IN RE CIVIL INVESTIGATIVE      )
DEMAND NO. 2016-EPD-36,        )
ISSUED BY THE OFFICE OF THE    )
ATTORNEY GENERAL               )
                               )

### MEMORANDUM OF EXXON MOBIL CORPORATION IN SUPPORT OF ITS EMERGENCY MOTION TO SET ASIDE OR MODIFY THE CIVIL INVESTIGATIVE DEMAND OR ISSUE A PROTECTIVE ORDER



RECEIVED JUN 16 2016 SUPERIOR COURT-CIVIL MICHAEL JOSEPH DONOVAN CLERK/MAGISTRATE

**Supp. App. 005**

**TABLE OF CONTENTS**

Page

I. INTRODUCTION ................................................................................................. 1

II. STATEMENT OF FACTS .................................................................................... 3

    A. The Attorney General's Misuse of Law Enforcement Tools ..................... 3

    B. In Closed-Door Meetings, the Green 20 Plotted with Climate Activists and Plaintiffs' Lawyers .............................................................. 4

    C. The CID's Burdensome Demands and Targeting of Perceived Dissent ........................................................................................................ 5

    D. ExxonMobil's Lack of Relevant Conduct in Massachusetts ...................... 6

    E. ExxonMobil's Motion for a Preliminary Injunction in Federal Court ............................................................................................................ 7

III. ARGUMENT ......................................................................................................... 7

    A. There Is No Personal Jurisdiction over ExxonMobil ................................ 7

    B. The Court Should Disqualify the Attorney General and her Office and Appoint an Independent Investigator .................................................. 8

    C. The CID and the Investigation Violate ExxonMobil's Constitutional, Statutory, and Common Law Rights ............................... 11

        1. The CID and the Investigation Violate ExxonMobil's Free Speech Rights under Article XVI ................................................ 11

            (a) The CID Is an Impermissible Content-Based Discrimination ............................................................... 11

            (b) The CID Impermissibly Probes ExxonMobil's Political Speech ................................................................ 12

            (c) The CID Is Not Narrowly Tailored ................................. 13

            (d) The CID Is an Impermissible Form of Official Harassment ....................................................................... 14

        2. The CID's Demands Are Irrelevant and Unduly Burdensome .................................................................................. 14

        (a)     The CID's Irrelevant Demands Are Arbitrary and Capricious .......................................................................... 15

        (b)     The Attorney General's Fishing Expedition Is Impermissible ..................................................................... 15

        (c)     The CID Imposes an Undue Burden on ExxonMobil ...... 16

        (d)     The CID Lacks Proper Specificity.................................... 17

        (e)     The CID Improperly Demands the Production of Privileged Documents....................................................... 18

    D.    The Court Should Stay Adjudication of this Motion Pending Resolution of the Related Federal Action................................................. 19

IV.    CONCLUSION................................................................................................ 20