IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:16-CV-469-K |
| | § | |
| MAURA TRACY HEALEY, Attorney General of Massachusetts in her official capacity, | § § § | |
| | § | |
| Defendant. | | |

# ORDER

Before the Court is the Motion for Leave to File as Amicus Curiae in Support of Plaintiff Exxon Mobil Corporation's Motion for Preliminary Injunction filed by Dr. Bharani Padmanabhan on September 22, 2016 (Doc. No. 70). After carefully considering the motion and brief in support filed by Dr. Padmanabhan, the Court **DENIES** the motion.

**SO ORDERED.**

Signed September 26th, 2016.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE

1