# Exhibit G

# ExxonMobil

## Corporate citizenship in a changing world



May 2002

APP. 082



# CONTENTS

*ExxonMobil's long tradition of success requires a deep respect for and an understanding of what our role in society should be. Our core principles provide the basis for our commitments to communities, customers, employees and shareholders. Meeting our commitments to these varied interests is critical to our success. We perform at our best when we maximize the contribution we make across all of these areas, and striving to do so sustainably is what corporate citizenship is all about.*





## THIS IS EXXONMOBIL

**Corporate Citizenship in a Changing World**  1
A letter from Chairman Lee Raymond.

**ExxonMobil's Investment in Technology Enables Progress**  2
ExxonMobil has contributed to social and economic
development using technology and innovation for over 120 years.

## OUR PRINCIPLES

**How We Run Our Business**  4
How we achieve our results is as important as the results
themselves. We insist upon honesty and ethical behavior from all
employees. We manage ExxonMobil using a straightforward and
disciplined approach to investment decisions, business controls,
financial management and operational excellence.

**Safety, Health and Environment**  6
We seek to consistently deliver outstanding safety, health and environmental
performance that sets the industry standard. Our ultimate goal is to drive
injuries, illnesses and environmental incidents to zero.

## OUR COMMITMENTS

**Our Commitment to Governments, Communities and Societies**  16
We strive to be a good corporate citizen in all the places we
operate worldwide. To us that means being a trusted neighbor and
making a positive contribution in communities wherever we do business.

**Our Commitment to Customers**  24
Our success depends on continuously meeting the changing needs of
our customers. We are dedicated to providing high quality products and
services at competitive prices.

**Our Commitment to Employees**  30
Corporate citizenship begins at home. We seek to hire the best people
and provide them with opportunities for growth and success. We place
a priority on creating a safe work environment, as well as one that
values open communication, respect and fair treatment.

**Our Commitment to Shareholders**  36
We believe managing the business for sustainable results is vital
to being a good corporate citizen. We are committed to enhancing
the value of the investment entrusted to us by our shareholders.





## A letter from Chairman Lee Raymond

# Corporate citizenship in a changing world

ExxonMobil does business in nearly 200 countries and territories on six continents. For more than 120 years we have provided energy and products that have contributed to economic growth and helped improve the lives of billions of people around the world.

Energy use grows as economic prosperity increases. And there is a proven link between economic development and advances in societal welfare and environmental improvement — particularly in the developing areas of the world.

To do business successfully for this long and on this scale requires that we be at the leading edge of competition in every aspect of our business. This requires that ExxonMobil's substantial resources — financial, operational, technological and human — be employed wisely and evaluated regularly.

While we maintain flexibility to adapt to changing conditions, the nature of our business requires a focused, long-term approach. We consistently strive to improve our performance in all aspects of our operations through learning, sharing and implementing best practices.

And to do business successfully for this long and on this scale also requires a deep respect for and understanding of different people and cultures, and a keen appreciation of what our role in society should be.

Social responsibility may be a comparatively new term now applied to corporations, but it is not a new concept for us. For many decades, ExxonMobil has rigorously adhered to policies and practices that guide the way we do business. The methods we employ to achieve results are as important as the results themselves.

We pledge to be a good corporate citizen in all the places we operate worldwide. We will maintain the highest ethical standards, comply with all applicable laws and regulations, and respect local and national cultures. We are dedicated to running safe and environmentally responsible operations.

Like other global companies, ExxonMobil is called upon to address an ever-broadening range of issues and challenges. The resourcefulness, professionalism and dedication of the directors, officers and employees of ExxonMobil make it possible for us to



meet these challenges. We have a well-trained, culturally diverse workforce focused on performance and proud of its high standards of safety and integrity.

This report describes how we translate our commitment to good corporate citizenship into action. I hope you will find it both interesting and helpful.

Sincerely,

*Lee Raymond*

Lee R. Raymond
CEO and Chairman

## This is ExxonMobil

### Technology enables progress

Over the last 120 years ExxonMobil has evolved from a regional marketer of kerosene in the U.S. to the largest petroleum and petrochemical enterprise in the world. Much has changed in that time. When we began, transportation was by horse-drawn wagon. Two decades passed before the Duryea brothers perfected their early gasoline-powered autos and the Wright brothers experimented with airplanes. Making products for the space program was, obviously, beyond imagining.

Today we operate in nearly 200 countries and territories and are best known by our familiar brand names: *Exxon, Esso* and *Mobil*. We make the products that drive modern transportation, power cities, lubricate industry and provide the petrochemical building blocks that lead to thousands of consumer goods.

As society's needs have changed and products have evolved, our commitment to technology and innovation has allowed us to continuously meet the world's needs for energy and petrochemicals.



**1903** Wilbur and Orville Wright make a successful flight using our gasoline.



**1893** The company lubricates the Duryea brothers' gasoline-powered automobile.



**1906** We develop Mei-Foo lanterns to burn kerosene efficiently. These lamps were imported by the millions throughout China.



**1926** Premium brand *Esso* motor gasoline goes on sale.




**1954** Our lubricants sail on the *USS Nautilus*, the first atomic-powered submarine.



**1927** Charles Lindbergh uses *Mobiloil* in the *Spirit of St. Louis*, on the first solo flight across the Atlantic.

| 1880 | 1890 | 1900 | 1910 | 1920 | 1930 | 1940 | 1950 |



**1886** Herman Frasch, our first research chemist, discovers how to remove sulfur from kerosene. Low sulfur technology is still used today to make clean-burning gasoline.



**1901** We help develop the Spindletop oil field near Beaumont, Texas. Spindletop's discovery tripled U.S. oil production and marked the beginning of the modern petroleum industry.

**1900** The first-in-industry product development laboratory leads to a century of breakthrough new product discoveries.




**1930s** We invent butyl rubber. Today ExxonMobil is the world's leading producer of this product, used in tire innerliners due to its exceptional air retention properties.



**1920** The company makes isopropyl alcohol, the first commercial petrochemical. Isopropyl alcohol is used in cosmetics and rubbing alcohol.



**1946** We establish the first-in-industry occupational health organization to foster a safe work environment. Today more than 500 employees are devoted to safety, health and environment related science.



**1938** We invent fluid catalytic cracking, which *Fortune Magazine* calls the most important chemical innovaton in the first half of the 20th century. The process helped fuel Allied war planes and today makes clean fuels for cars, trucks and planes.

2

APP. 085

ExxonMobil's commitment to technology development and commercialization has fueled its growth to become the world's leading petroleum and petrochemical company. The company has three core business areas: *Upstream* — exploration, development and production of oil and natural gas, and natural gas marketing; *Downstream* — refining and marketing of petroleum products such as motor gasoline and lubricants; and *Chemical*.

### Upstream

ExxonMobil explores for oil and natural gas on six of the seven continents. As a result of its technology breakthroughs, the company is a leader in deepwater development in waters deeper than 4,000 feet. We produce more than four million oil-equivalent barrels per day from about 30,000 wells in 25 countries. The company has 72 billion oil-equivalent barrels of petroleum and natural gas resources located in some 40 countries.

### Downstream

ExxonMobil's downstream business includes 46 refineries in 26 countries that supply 6.3 million barrels per day of refined products. We have ownership interests in more than 300 terminals that provide storage as products move to the 43,000 branded service stations, 700 airports and 300 seaports. Under the *Mobil*, *Exxon* and *Esso* names, we provide leading-edge conventional and synthetic finished lubricants. An active research effort on next generation ultra-low emission fuels and fuel cells is underway.

### Chemical

ExxonMobil Chemical Company manufactures petrochemical products that are the building blocks for thousands of packaging, consumer, automotive, industrial, medical, electrical and construction materials that make life better for people around the world. It has 54 major plants in 19 countries. Technology breakthroughs in "smart" catalysts allow creation of "designer" plastics to fit specific product applications.





**1970** Introduction of the first synthetic lubricant extends engine life.

**1964** "Put a Tiger in Your Tank" advertising campaign starts.



**1997** We introduce *SpeedPass*, which brings convenience to gasoline customers.



**2000** Our special lubricants aboard the International Space Station enable space walks.

| 1960 | 1970 | 1980 | 1990 | | 2000 |

**1965** We set a record for the deepest offshore oil production. Subsequent records were set in 1968, 1970, 1972 and 1977. Deepwater drilling discoveries are producing new supplies to meet the world's growing demand for oil and gas.

**1980s** Work commences with Toyota on next generation fuels for hybrid engines and fuel cells. These technologies offer the potential for high performance with near-zero greenhouse gas emissions.

**2001** Our latest generation subsurface reservoir computer simulation modeling — EM[power] — allows geologists to predict the movement of oil over time to maximize the amount of oil produced and reduce the number of oil wells.





**1964** Our invention of 3-D seismic technology allows a visual picture of subsurface oil and gas reserves that enables new oil discoveries at reduced cost.

**1980s** Metallocene catalysts allow for development of "designer" plastics and synthetic rubber molecules that can be custom built to fit a variety of consumer goods, ranging from car bumpers to wine corks.



**APP. 086**

3

**How we run our business**

## Guiding principle:

**The way we conduct our business is as important as the results themselves. Integrity is the cornerstone of corporate citizenship. We expect everyone — directors, officers, employees and suppliers acting on our behalf — to observe the highest standards of ethics.**

At ExxonMobil we have long recognized the importance and value of business integrity. The means by which we achieve our results are just as important as the results themselves. We have communicated this message for decades and remind all of our employees of this policy every year. Our ethics policy, like all of our policies, is clear-cut, straightforward and applies to everyone without exception.

The strength of any policy lies in how well it is implemented. At ExxonMobil, we not only test the effectiveness of our ethics policy, we also ensure that proven management control systems are in place throughout our operations. While we continue to improve upon these systems, they provide the basic framework for ensuring operational excellence throughout our company. We believe that a disciplined approach to managing the business is good business.

### Board of Directors

The Board of Directors oversees the business affairs of the Corporation. To ensure independence and objectivity, a substantial majority of the board members are non-employees. Five of the seven board committees consist entirely of non-employee directors. The Board Audit Committee is empowered to investigate any matter brought to its attention — with full access to all books, records, facilities and personnel of the Corporation.

### Standards of Business Conduct

The *Standards of Business Conduct* is at the heart of our controls system. These policies were first published nearly 40 years ago and have been continually enhanced over the years. The policies deal with business ethics, conflicts of interest, antitrust, equal employment opportunity, harassment in the workplace, and safety, health and environmental performance.

### A disciplined approach

A disciplined system of business controls guides how we work. It stresses open communication, policies and procedures regarding ethics and other standards of business conduct, proper recording of business transactions, and protection of company assets. No employee, regardless of position, is exempt.

### Straightforward system of controls

*A System of Management Controls – Basic Standards* document provides the basic criteria for managers to establish effective controls. The system addresses organizational structure, formation of business entities, control of financial instruments, and standards for foreign-exchange operations.

### Employee authority

Specific procedures outline authority that employees do and don't have, thereby ensuring that business transactions are approved and executed by the appropriate level of management.



Employee dialogue identifies potential problems and improvements.

**APP. 087**

## Business practices reviews

Managers also regularly review and discuss the *Standards of Business Conduct* in employee meetings. Employees are encouraged to raise any issue, question or concern with their direct supervisor or representatives of Audit, Human Resources, Law or Controller's.

## Formal reporting requirements

Despite the presence of sound management controls, we recognize that with operations in almost 200 countries and territories, there may be violations of company policies. If a problem occurs, the appropriate managers promptly review the incident and take consistent disciplinary action. Upward reporting guidelines, which extend to the Corporation's Management Committee and Board of Directors, ensure appropriate management review.

## Management representation letters

Managers of each organization are required to annually confirm in writing their compliance with our *Standards of Business Conduct*, and financial reporting standards.

## Auditing and compliance

The Internal Audit staff independently assesses compliance with policies and procedures, and evaluates the effectiveness of all financial and related controls. Managers are obligated to evaluate all Internal Audit findings and recommendations and take appropriate action. About 300 audits are conducted annually across all business units.

Independent external auditors review corporate financial statements to ensure accuracy and conformity with generally accepted accounting principles.



Specific procedures outline employee authority, thereby ensuring that transactions are properly approved and executed.

ExxonMobil takes many steps to assure the independence of external auditors. For example, we strictly control and review their work on other projects with the Board Audit Committee.

## Safety, health and environmental compliance

Many of our operations and products, while vital to the world's interests, present potential risks to our employees and customers, and to the community. Managing such risks is a critical aspect of our business. In 1992 we developed the Operations Integrity Management System, or OIMS, a comprehensive, structured process to manage these safety, health and environmental activities. Under OIMS, management, with support from technical experts, regularly assesses operations. Each year, about one-third of ExxonMobil's major operations are reviewed by experts from outside the organization being evaluated.

Under OIMS, we review specific hazards that we believe could have major incident potential and take steps to mitigate risks. (See next section for a more complete discussion of OIMS.)

## Drug and alcohol use

Alcohol, drug or other substance abuse by employees impairs performance and safety. The use or possession of illegal drugs, misuse of legitimate drugs, and use or possession of unprescribed controlled drugs on company business or premises, or being unfit for work due to drug or alcohol use are strictly prohibited. Today, no employee with a history of substance abuse will be permitted to work in a position critical to the safety and well being of employees, the public or ExxonMobil.

**APP. 088**

5

## Guiding principle:

**ExxonMobil is committed to maintaining high standards of safety, health and environmental care. We comply with all applicable environmental laws and regulations, and apply reasonable standards where laws and regulations do not exist. Energy and chemicals are essential to economic growth, and their production and consumption need not conflict with protecting health and safety or safeguarding the environment. Our goal is to drive injuries, illnesses, operational incidents and releases as close to zero as possible.**

We care deeply about how our products and operations affect our employees, neighbors and customers. Our products, properly used, provide great benefit to society. We know our neighbors have a direct interest in how well we operate.

While our operations do involve risks, such risks can be substantially reduced if managed properly. We spend considerable time, effort and money to do so.

**Valdez: reflections on learning and improving**
We have learned from the events of the 1989 Valdez oil spill. It was a terrible accident everyone in our company regrets. From the onset of the event to today, we have accepted responsibility for the accident and sought to mitigate its impacts. As a result, we committed to build into the fabric of our company a continuous improvement program to make what were already industry-leading environmental protection policies pre-Valdez even stronger. We have helped establish and

fund a worldwide network of oil spill cooperatives and stockpiled our own equipment for rapid response. Moreover, we have continued and expanded our research

on dispersants and bioremediation techniques to speed environmental recovery should a spill occur.

Most important, we initiated a comprehensive program — Operations Integrity Management System (OIMS) — to manage risk and help prevent all types of incidents in the future. Today OIMS has become the respected benchmark approach for the prevention of incidents.

OIMS provides a framework for meeting our commitments to the highest operational standards of safety, health, product safety and environmental protection. OIMS has been updated to comply with the 1996 guidelines set by the International Standards Organization (ISO), which developed standards for environmental management systems (ISO 14001). In verifying ExxonMobil compliance with the standards of ISO 14001, Lloyd's Register Quality Assurance noted in 2001 that



Emergency response drills such as this fire response exercise at a liquefied petroleum gas terminal in Thailand are designed to be as realistic as possible.

**APP. 089**

"We further believe ExxonMobil to be among the industry leaders in the extent to which environmental management considerations have been integrated into its ongoing business process."

## Safety and Health
### ExxonMobil leads industry in workplace safety

Despite the safety challenges inherent in the work we do, our safety record — both for employees and contractors — is consistently better than the petroleum industry average and continues to improve.

Such safety performance is not the result of happenstance or luck. It's the result of management and employee commitment and accountability. Throughout ExxonMobil operations, safety standards are established, jobs are analyzed, and potential problems and risks are identified. The focus is on recognizing and eliminating hazards before they cause an accident.

Workplace safety also includes protecting the health of employees and contractors working in potentially dangerous environments. In developing countries where ExxonMobil has operations, we've funded programs to combat such health problems as malaria and AIDS.

### Safety improvements continue

ExxonMobil achieved another year of safety improvement in 2001, continuing our pacesetting performance within the industry.

The principal measure of worker safety is the Lost-Time Incident Rate, which we use throughout our operations. It quantifies worker absences due to job-related injury or illness. Lost time is expressed in relation to 200,000 work hours, which roughly equates to 100 people working 40 hours per week for one year.



**Lost-Time Incident Rate**

Lost-Time Injuries and Illnesses per 200,000 Hours Worked

Petroleum Industry Benchmark

■ Employees   ■ Contractors



**Total Recordable Incident Rate**

Total Recordable Injuries and Illnesses per 200,000 Hours Worked

Petroleum Industry Benchmark

■ Employees   ■ Contractors

Our incident rate for 2001 was 0.09. Our contractor rate was 0.13. Both rates are substantially below the average of the top 75 companies working in the petroleum industry.

We constantly seek to manage the work environment to prevent all injuries, and believe that involving every manager, employee and contractor will eventually make it possible to achieve zero job-related injuries.

Our ongoing operations and new facilities construction projects collectively employ about 200,000 workers (employees and contractors). A major disappointment was the three employee and 10 contractor fatalities we had in 2001. Seven of the fatalities involved motor vehicle or related equipment. According to the U.S. National Safety Council, about 70 highway and home fatalities occur annually in a comparable population.

Although fatalities in 2001 were one-third the level of 1995 and lost-time incidents were one-fifth, we will not be satisfied until we have created a work environment free of injury.



Crews recover air-gun floats during a seismic survey in Australia's Bass Strait. ExxonMobil's Geophysical Operations Group has completed seven years and 15 million project hours without an employee or contractor lost-time injury.

**APP. 090**

7

### Safety, health and environment

## How OIMS works

The OIMS process requires continuous evaluation and improvement of management systems and standards. OIMS establishes a common language for discussion and internal sharing of successful systems and practices among different parts of ExxonMobil's business.

The OIMS framework comprises 11 elements, each with clearly defined expectations that every operation must fulfill. Management systems put into place to meet OIMS expectations must show documented evidence of the following five characteristics:

- The scope must be clear and the objectives must fully define the purpose and expected results;
- Well-qualified people are accountable to execute the system;
- Documented procedures are in place to ensure the system functions properly;
- Results are measured and verified that the intent of the system is fulfilled; and
- Performance feedback from verification and measurement drives continuous improvement of the system.

OIMS requires each operating unit to be assessed by experienced employee teams from outside that particular unit approximately every three years. Self assessments are required in the other years.

During 2001, more than 70 such outside teams assessed performance at about one-third of all ExxonMobil operating units. This level of activity occurs annually.

## OIMS elements in action

**1. Management, leadership, commitment and accountability.**
Employees at all levels are held accountable for safety, health and environmental performance.
*Example: Throughout our chemical business, employees annually develop personal safety work plans. Members of senior management share their plans broadly within their organizations.*



**2. Risk assessment and management.**
Systematic reviews evaluate risks to help prevent accidents from happening.
*Example: A risk assessment in Africa revealed that vehicle fatalities were 30 times higher than in Europe and the U.S. An ExxonMobil driver training program has led to dramatic improvements.*





**3. Facilities design and construction.**
All construction projects from small improvements to major new expansions are evaluated early in their design for safety, health and environmental impact.
*Example: A focus on facilities design has improved energy efficiency by 37 percent at our refineries and chemical plants.*

**4. Information and documentation.**
Information that is accurate, complete and accessible is essential to safe and reliable operations.
*Example: In Africa, the fuels and lubes business electronically cataloged country and local procedures to allow access to best practices by all parts of the organization.*

**5. Personnel and training.**
Meeting high standards of performance requires that employees are well trained.
*Example: Employees were hired well ahead of the start-up of a major new plant in Singapore to allow time for completion of rigorous training and certification.*

**APP. 091**



### 6. Operations and maintenance.

Operations and maintenance procedures are frequently assessed and modified to improve safety and environmental performance.

*Example: At Imperial Oil's production operation in Alberta, Canada, flaring and venting of natural gas have been reduced by 69 percent over the last five years as a result of new procedures.*



### 7. Management of change.

Any change in procedure is tested for safety, health and environmental impact.

*Example: After equipment maintenance and replacement at refineries such as the Torrance, California Refinery, engineers review all changes to confirm that all operating procedures and guidelines are still correct before start-up.*

### 8. Third-party services.

Contractors are important to safe operations.

*Example: Our 25 geophysical services contractors – working in 20 countries – have worked seven years without a lost-time injury.*



### 9. Incident investigation and analysis.

Any incident, including a "near miss," is investigated.

*Example: Operations around the world share incident investigation results in a common database to allow key learnings to be broadly shared.*

### 10. Community awareness and emergency preparedness.

Good preparation can significantly reduce the impact of an accident.

*Example: Like other company business units, ExxonMobil's International Marine Transportation (IMT) affiliate routinely conducts emergency response drills. This training paid off in 2001 when we were called upon to help four non-company vessels in distress.*





### 11. Operations integrity assessment and improvement.

A process that measures performance relative to expectations is essential to improved operations integrity.

*Example: At ExxonMobil's European region offices in Brussels, Belgium, teams of experts measure OIMS effectiveness and use the findings to plan future improvements in operations.*

### Milestones

- Our Malaysian upstream affiliate achieved its second consecutive year of zero lost-time injuries. On a combined employee-contractor basis, the affiliate has logged more than 22 million work hours since its last lost-time injury.

- Our Baton Rouge, Louisiana Chemical Plant achieved 7.2 million work hours without a lost-time injury. The adjacent ExxonMobil refinery completed 4.3 million work hours without a lost-time injury.

**APP. 092**

## Safety, health and environment

## Environment
### Environmental performance continues to improve

At each of our facilities we track oil and chemical spills, air emissions, water discharges and waste disposal. We closely monitor marine vessel spills.

As shown in the charts below, our emissions continue to decline. The trends in spills and environmental regulatory compliance also are favorable.

### Addressing climate change risk

We recognize that the risk of climate change and its potential impacts on society and ecosystems may prove to be significant. While research must continue to better understand these risks and possible consequences, we will continue to take tangible actions and work with others to develop effective long-term solutions that minimize the risk of climate change from energy use without unacceptable social and economic consequences.

Overall, we believe that steps to address climate change should include:

- Scientific research to improve understanding of climate change and its potential risks;
- Implementing economic steps to reduce greenhouse gas emissions now; and
- Research on innovative, advanced technologies that have potential to dramatically reduce emissions in the future. We are actively engaged in this type of research to meet customer demand for new, affordable and environmentally improved products.

### Greenhouse gas emissions

The charts on page 12 show ExxonMobil's global greenhouse gas emissions. We've worked for several years to establish reliable internal procedures to measure and understand such emissions. We've also worked with others in the industry to

## Regulatory Compliance



Environmental Regulatory Compliance

## Spills

Marine Spills (Operated Fleet)

## Air Emissions from Operations



Nitrogen Oxide Emissions

**Emission Rate Bases** *(amount per 100 tonnes of throughput)*
1993: U.S. Refining = 0.034 tonnes NOx
1993: Worldwide Chemical = 0.070 tonnes NOx
1998: Worldwide Refining = 0.026 tonnes NOx



Volatile Organic Compounds Emissions

**Emission Rate Bases** *(amount per 100 tonnes of throughput)*
1993: U.S. Refining = 0.028 tonnes VOC
1993: Worldwide Chemical = 0.130 tonnes VOC
1998: Worldwide Refining = 0.033 tonnes VOC



Sulfur Dioxide Emissions

**Emission Rate Bases** *(amount per 100 tonnes of throughput)*
1993: U.S. Refining = 0.055 tonnes SO₂
1993: Worldwide Chemical = 0.022 tonnes SO₂
1998: Worldwide Refining = 0.083 tonnes SO₂
1998: Worldwide Upstream = 0.029 tonnes SO₂

APP. 093



Efficiency improvements at ExxonMobil refineries and chemical plants have reduced energy use, thereby reducing emissions of greenhouse gases.

develop common measurement techniques and to understand and benchmark emissions from comparable operations.

We believe it's important for companies to understand the greenhouse gas emissions created from their activities. For that reason, we advocate development of reliable, accountable procedures to measure and report greenhouse gas emissions through a registry. Today ExxonMobil can provide reliable information only for business activities that we operate. However, we are working with governments and industry associations to promote development of procedures for mandatory reporting by all businesses, so that in the future we can report emissions for activities we operate and also those in which we share ownership with others.

Our total emissions exceed those of smaller petroleum companies simply because our operations are bigger. However, when scaled to the volume of oil, gas, chemicals and products that we produce, our emissions are similar to those of our competitors. Despite increases in production volumes and product sales over the last several years, total emissions have

## Making things better

*We're taking important steps to bolster ExxonMobil safety, health and environmental performance:*

- *Our U.S. refineries voluntarily reduced so-called TRI emissions by 23 percent during 2000\*, bringing the level of these emissions to just 34 percent of the 1988 baseline.*

- *Many ExxonMobil operations now apply behavior-based safety programs to reduce injuries. These programs include job task observations to help make safe behavior a habit and to address factors that cause unsafe behavior.*

- The application of our new Passenger and Service Vehicle Management Guide *helps improve safety among employees and contractors whose responsibilities include frequent driving.*

- *Together with the International Petroleum Industry Environmental Conservation Association, ExxonMobil leads the initiative to eliminate lead in gasoline in sub-Saharan Africa.*

- *We're applying new technology to reduce the flaring of natural gas. For example, at facilities in Scotland that support North Sea offshore production, we installed a flare gas recovery compressor and waste gas boiler that together reduce flaring by 90 percent.*

*\*Most recent data available at time of publication.*

**APP. 094**

11

## Safety, health and environment

essentially remained flat. Lower energy consumption in refineries and chemical plants helped offset a rise in carbon dioxide emissions in 2001 due to increases in development drilling and production flaring.

We work with automobile manufacturers and others to make the use of our products more efficient. This is critical because greenhouse gas emissions from the use of oil in the global economy occur predominantly (87 percent) from end-users, and less (13 percent) from operations of the oil industry. We have ongoing research programs with General Motors, Toyota and others to develop new technologies to reduce future greenhouse gas emissions.

Our efforts to measure and understand operational greenhouse gas emissions and to develop and utilize advanced technologies reflect a two-decade effort to establish a sound scientific, technical and economic basis to address climate change concerns.



ExxonMobil scientists Dr. Brian Flannery and Dr. Haroon Kheshgi have authored more than 40 published papers on scientific, technical, economic and policy aspects of climate change. Both served as lead authors in the recently completed United Nations' Third Assessment Report of The Intergovernmental Panel on Climate Change.

### Energy efficiency improved 35 percent

Since the energy crisis of the early 1970s, we have focused on becoming more energy efficient in our operations. In fact, between 1973 and 1998 we have improved energy efficiency in our refineries and chemical plants by more than 35 percent. The energy saved over that 25-year period is equal to all the gasoline consumed by European drivers for two years. Moreover, this energy savings has the effect of avoiding carbon dioxide



emissions equal to the total emissions of the United Kingdom in 1998.

Two ongoing ExxonMobil initiatives contribute significantly to reducing greenhouse gas emissions from our operations.

First, we use cogeneration facilities that can supply 2,700 megawatts of electricity, accounting for over 40 percent of our total power-generating capacity. This





**APP. 095**



A male Attwater's prairie chicken inflates its orange neck sac as part of the bird's mating ritual.  ExxonMobil donated habitat and funds to establish a sanctuary that shelters this bird that is threatened with extinction.

## Sustainability: managing for today and tomorrow

*Sustainability is a critical consideration in how we operate the company.*

*We recognize the importance of sustainable development, a process that seeks to protect the aspirations of future generations.*

*As a major energy supplier, we seek to maximize the contributions we make to economic growth, environmental protection and social well-being over the long run.*

*Through the use of advanced technology, we have continued to add to the known reserves of oil and gas at a greater rate than they have been depleted, greatly extending the time period when affordable petroleum resources can meet the world's demand for energy.  We believe this approach to be consistent with sustainability.*

*Our research and technology have enabled energy producers and consumers to improve efficiency and to reduce carbon dioxide and other emissions.  Our operations continually seek ways to reduce the footprint that we leave.*

*We are working on ways to bring our science and technology expertise to energy-related solutions that are technically and economically viable.*

cogeneration reduces carbon dioxide emissions by almost seven million tonnes a year from what they would otherwise have been.

Second, we've extended our efforts in energy efficiency by applying our Global Energy Management System (G-EMS), an approach that reduces energy use, emissions and operating costs at ExxonMobil refineries and chemical plants. Opportunities have been identified to further improve energy efficiency by 15 percent, lowering emissions of carbon dioxide, sulfur dioxide, nitrogen oxide and other gases.

Energy efficiency savings over the next several years will help further reduce air emissions and greenhouse gases per unit of production.

### Nurturing biodiversity

We all have a responsibility to be concerned about sustaining the world's biological diversity (biodiversity). Working with worldwide conservation associations, we seek to preserve habitats that will allow species to flourish. Some of our efforts have included donation of critical habitat to support species such as the Attwater's prairie chicken, to ensure turtle preservation and to actively participate in reforestation efforts by planting more than two million trees in the last five years.

ExxonMobil also has focused on our Save the Tiger initiative. Because of our long history with these magnificent animals as a corporate symbol, we feel a special obligation to ensure their survival.

APP. 096

We also consider the impacts of our operations on habitats and look for ways to meet our business needs without damaging habitats. We will continually look for opportunities to demonstrate that oil and gas development and biodiversity can be mutually sustained.

**Science and technology research delivers improvements**

ExxonMobil conducts extensive research relating to safety, health and environmental issues. We are working to improve our manufacturing processes, reduce wastes, minimize our footprint, improve operating standards and ensure the safety of our products.

Nearly 500 employees are engaged in safety, health and environment-related science and technology research.

Much of our environmental research focuses on new ways to remove nitrogen compounds from air and water emissions.

Our extensive testing of products provides information on the properties and potential risks to employees, consumers and the environment. Much of the work is done at laboratories of ExxonMobil Biomedical Sciences, Inc. (EMBSI) in New Jersey.

EMBSI provides services in toxicology, occupational and public health, and product stewardship to affiliates worldwide.



Barbara Kelly prepares to test the biodegradability of a synthetic fluid. The ping-pong balls serve as a barrier to minimize water evaporation.

Its 160-member staff of industrial hygienists and medical professionals assists employees and contractors through the occupational health network. This network assures that health and safety standards are applied worldwide.

We developed systems to reduce safety incidents by including human factors in engineering projects. We are encouraged by positive safety results in recent major construction projects.

Our highly automated plants use sophisticated alarms to alert personnel of operational upsets. We have worked with Honeywell for many years to make these systems highly reliable and easy to monitor. We've also co-developed with Akzo Nobel a new refining technology (*SCANfining*) that selectively removes sulfur during the gasoline manufacturing process.

APP. 097

*Safety performance is important in its own right. But it also reflects a discipline that carries over into everything we do, including protecting the environment and satisfying customer needs for energy and petrochemicals.*

## Recognition for outstanding performance

- The U.S. Department of the Interior awarded its 2001 National Safety Award for Excellence and its Corporate Citizen Award to ExxonMobil. The SAFE Award cited the company's safety and operations record at offshore facilities in the Gulf of Mexico and offshore California. Minerals Management Service Director R.M. Burton has called recipients "the best of the best."

- ExxonMobil's international marine shipping subsidiary — IMT — won the British Safety Council's Sword of Honor for its world-class safety system and integration of best practices throughout the organization. The group also won the Royal Society for the Prevention of Accidents highest award. The shipping organization has logged more than two million work hours without a lost-time injury.



ExxonMobil's SeaRiver Maritime has been honored for two consecutive years by the State of Washington for exceptional compliance with the state's voluntary standards for safety and environmental protection. Shown at the award presentation are (from left) Paul Revere, president of SeaRiver Maritime; Tom Fitzsimmons, Director of Washington's Department of Ecology; and U.S. Coast Guard Rear Admiral Erroll Brown.



A comprehensive commitment to safe operations by employees like Nazri Ason helped ExxonMobil's Malaysian affiliate achieve two consecutive years of zero lost-time injuries.

- A loss prevention system at the Campana Refinery in Argentina earned *Esso* the Argentinean Institute of Petroleum and Gas Safety Award.

- Two ExxonMobil employees, Linda Williamson and Mark Hidalgo, received the Outreach Award from the National Voluntary Protection Program Participants Association in 2000 and 2001, respectively. The annual award honors a single individual for his or her efforts to improve worker safety and spread the cooperative approach of the U.S. Occupational Safety and Health Administration program.

- ExxonMobil Canada received the 2001 VCR Upstream Oil and Gas Leadership Award for reducing emissions and improving energy efficiency. Since 1994 the company cut its energy consumption by an amount that would heat more than 43,000 homes for one year, and reduced $CO_2$ emissions by approximately 580,000 tonnes. During this period production increased 30 percent. VCR is a partnership of government agencies, industrial companies and other organizations.

- The Chamber of Shipping of America awarded its Devlin Award to 21 ExxonMobil marine transportation vessels. The Devlin Award recognizes vessels that have operated two years or longer without a lost-time injury.

- The U.S. Coast Guard presented its prestigious William M. Benkert Gold Award of Excellence for marine environmental protection to ExxonMobil's U.S. marine transportation affiliate, SeaRiver Maritime. The company also secured the Washington State Department of Ecology Exceptional Compliance Award for high standards of operations and oil spill prevention. The company is the first to be recognized by the State of Washington for exceptional compliance.

- Our chemical joint venture with Saudi Basic Industries Corporation in Al-Jubail, Saudi Arabia was recognized for safety excellence by the Construction Users Roundtable.

- The Thailand Ministry of Science, Technology & Environment presented its Outstanding Energy Conservation Award to the *Esso* Sriracha Refinery.



Linda Williamson, an employee at the Hull, Texas LPG storage facility, and Mark Hidalgo, an employee at the Beaumont, Texas Refinery show the awards they received for their efforts in promoting safety in the workplace.

**APP. 098**

15

# Exhibit H



Taking on the world's toughest energy challenges.™



2006
corporate
citizenship
report

APP. 100

## table of contents

1   Introduction

2   CEO statement

4   Business overview

6   Communication and engagement

12  Energy outlook

14  Environmental performance

26  Workplace

32  Corporate governance

38  Transparency and human rights

42  Community relations and investments

50  IPIECA/GRI content index

## about this report

The ExxonMobil *2006 Corporate Citizenship Report* describes our efforts in a range of areas relating to the economic, environmental, and social performance of owned and operated operations. We produced this report in accordance with the reporting guidelines and indicators of the International Petroleum Industry Environmental Conservation Association (IPIECA) and the American Petroleum Institute (API) *Oil and Gas Industry Guidance on Voluntary Sustainability Reporting* (April 2005). The majority of these indicators are also consistent with the indicators used by the Global Reporting Initiative (GRI) in the *G3 Sustainability Reporting Guidelines* Version 3.0 (G3).

In preparing this report, we benefited from comments on the *2005 Corporate Citizenship Report*. We solicited feedback through a variety of mechanisms, including the corporate reporting Web site (*exxonmobil.com/citizenship*), online surveys, business-reply cards, and interviews with opinion leaders from nongovernmental organizations (NGOs), academia, and financial institutions. Business for Social Responsibility (BSR), an advisory organization on corporate social responsibility of which we are a member, also provided a detailed review of our 2005 report.

This report addresses our corporate citizenship accomplishments, the challenges we face, and our future plans to meet these challenges. Additional information about our operation-wide management systems and processes can be found on our Web site (*exxonmobil.com/managementsystems*).

We value your feedback on this report and our performance in addressing economic, environmental, and social issues.

For additional information and to provide comments, please contact:

Elizabeth Beauvais
Advisor, Corporate Citizenship
ExxonMobil
3225 Gallows Road
Fairfax, VA 22037
E-mail: *elizabeth.beauvais@exxonmobil.com*

**LRQA attestation summary statement.** Lloyd's Register Quality Assurance, Inc. (LRQA) believes the ExxonMobil reporting system is effective in delivering safety, health, and environmental indicators, which are useful for assessing corporate performance and for reporting information consistent with the IPIECA/API *Guidance*. For the full attestation statement, see the inside back cover.

*Note: This report covers ExxonMobil and all of its corporate subsidiaries under the brands ExxonMobil, Exxon, Mobil, and Esso. Most environmental data are reported in metric units. Financial information is reported in U.S. dollars.*

**APP. 101**



# environmental performance

**focus areas:**
- Energy efficiency
- Gas flaring
- Greenhouse gas emissions
- Spill prevention
- Operating in sensitive areas

**Case study: Sound and the marine environment**

ExxonMobil is committed to operating in an environmentally responsible manner everywhere we do business. Our efforts are guided by in-depth scientific understanding of the environmental impact of our operations, as well as by the social and economic needs of the communities in which we operate. Our operational improvement targets and plans are based on driving incidents with real environmental impact to zero and delivering superior environmental performance. We are committed to our environmental initiative—*Protect Tomorrow. Today.*

## environmental management

We manage our safety, security, health, and environmental risks worldwide using our *Operations Integrity Management System* (OIMS). This system gives us a rigorous and systematic framework by which to communicate expectations, measure progress, and ensure results. It meets the requirements of the International Organization for Standardization's standard for environmental management systems (ISO 14001).

Our business operations continue to drive improvements in their environmental performance by incorporating *Environmental Business Planning* (EBP) into the annual business planning cycle. The businesses use EBP to identify key environmental drivers, set targets in key focus areas, and identify projects and actions to achieve those targets. The EBP approach has been an effective tool to integrate environmental improvements into the company's overall business plan. We regularly engage with local communities to provide input to our EBP process. For additional information about EBP, please go to our Web site (*exxonmobil.com/ebp*).

For new projects and developments, we conduct environmental and social impact assessments (ESIAs) that review factors such as community concerns, sensitive environmental habitats—for example, sound and the marine environment (see case study, page 24)—and future regulatory developments. The assessment results are integrated into project decision making.

For example, ExxonMobil Development Company, which manages ExxonMobil's major new upstream projects worldwide, is developing *Environmental Standards* as guidelines to help managers plan and integrate best practices for environmental protection into new projects and drilling operations. In 2006, guidelines that address nitrogen oxides (NOx) emissions, flaring and venting, and managing offshore drill cuttings were developed. Additional guidelines for managing waste, water, and land use will be developed in 2007.

**Emergency Preparedness.** Risks are inherent in the energy and petrochemical business, including risks associated with safety, security, health, and the environment. ExxonMobil recognizes these risks and takes a systematic approach to reducing them.

**APP. 102**

### environmental performance
a closer look

## Climate change: policy perspective

A global approach to the risk posed by rising greenhouse gas emissions is needed that recognizes energy's importance to the world's economies. Developing countries will weigh emissions reductions against energy-intensive economic development, which lowers poverty and improves public health.

Policymakers can work today to reduce the risk of climate change due to rising greenhouse gas emissions by seeking to:

• Promote energy efficiency both in energy supply and end use;

• Ensure wider deployment of existing emissions-reducing technology;

• Support research and development of new technologies that can dramatically lower emissions while ensuring energy availability; and,

• Maintain support for climate research, to inform policy and the pace of response.

The choice of policy tools will be important. Each should be assessed for effectiveness, scale, and cost, as well as their implications for economic growth and quality of life. In our view, effective policies will be those that:

• Promote global participation;

• Ensure any cost of carbon is uniform across the economy and is predictable; uniformity ensures economic efficiency in getting the biggest reduction in emissions at the lowest cost, and predictability facilitates investment in technologies needed to reduce emissions;

• Maximize the use of markets, to aid rapid adoption of successful initiatives;

• Maximize transparency;

• Minimize complexity and administrative costs; and,

• Provide flexibility to adjust to ongoing understanding of the economic impact and evolving climate science.

**Public Policy Research Contributions.** ExxonMobil supports the development of public policy to address the risk posed by rising greenhouse gas emissions.

ExxonMobil contributes to a broad array of organizations that research significant domestic and foreign policy issues and promote discussion on issues of direct relevance to the company. Our support is transparent, and our U.S. contributions can be found on our Web site (*exxonmobil.com/contributions*). These groups range from the Brookings Institution and the American Enterprise Institute to the Council on Foreign Relations and the Center for Strategic and International Studies.

As most of these organizations are independent of their corporate sponsors and are tax-exempt, our financial support does not connote any substantive control over or responsibility for the policy recommendations or analyses they produce.

---

We place great emphasis on planning to ensure a quick and effective response capability to operational incidents. Operating businesses and major sites have well-trained teams who are routinely tested in a range of scenarios including product spills, fires, explosions, natural disasters, and security incidents. In addition to hundreds of local drills in 2006, we conducted six major regional emergency response drills, which included a major drill conducted together with the U.S. Coast Guard in Alaska. For more information on our emergency prevention and response systems, please go to our Web site (*exxonmobil.com/emergencyresponse*).

## global climate change and greenhouse gas emissions

**Climate Change.** Addressing the risk posed by rising greenhouse gas (GHG) emissions while providing more energy to support economic growth and to improve global living standards is an important issue facing our world today.

Climate remains an extraordinarily complex area of scientific study. Because the risk to society and ecosystems from rising greenhouse gas emissions could prove to be significant, strategies that address the risk need to be developed and implemented.

**APP. 103**

○ **environmental performance**
**a closer look**

## Reporting greenhouse gas emissions

ExxonMobil is committed to reporting greenhouse gas emissions from our operations, and we have reported our emissions since 1998. Our calculations are based on the techniques and emissions factors provided in the internationally endorsed *Compendium of Greenhouse Gas Emission Estimation Methodologies for the Oil and Gas Industry* (American Petroleum Institute) and the *Petroleum Industry Guidelines for Reporting Greenhouse Gas Emissions* (International Petroleum Industry Environmental Conservation Association), which we helped to develop.

Calculating global GHG emissions is complex, not least because:

• Emissions from petroleum production and refining operations can vary widely due to differing geological circumstances, natural resource characteristics such as sulfur levels in crude oil, and the range of end-product specifications required in different regions, countries, or even local markets.

• On average, about 87 percent of petroleum-related GHG emissions are produced by end users, versus 13 percent by petroleum industry production and manufacturing operations. The emissions produced by burning specific fuels are well-known—for example, standard gasoline and diesel fuel emit 20.3 and 22.5 pounds of $CO_2$ per gallon, respectively. But actual end-user emissions will depend on factors such as vehicle choice, travel habits, and energy-efficiency efforts in businesses, homes, offices, and vehicles.

• The supply chain for crude oil from production to product marketing involves numerous changes of ownership such that approximately 20 percent of the crude oil we refined in 2006 came from our own production, and about half of the fuel products that we produced were sold to other companies who in turn sell them to others. This petroleum supply chain is illustrated below.

It is important that producers, refiners, distributors, and end users in the chain take responsibility for managing and accounting for the emissions they generate. Those who operate facilities or use fuels are in the best position to identify opportunities to control emissions.

### ExxonMobil 2006 worldwide petroleum supply overview
MBD: million barrels per day



**APP. 104**

environmental performance



**greenhouse gas emissions (absolute)**
direct equity, CO2-equivalent emissions (million metric tons)

■ downstream   ■ upstream   ■ chemical
■ cogeneration and Hong Kong power



**greenhouse gas emissions (normalized)**
direct equity, CO2-equivalent emissions (excluding cogeneration) (metric tons per 100 metric tons of throughput)

■ upstream   ■ downstream   ■ chemical



**avoided GHG emissions from ExxonMobil actions since 1999**
CO2-equivalent emissions (million metric tons)

■ energy efficiency   ■ cogeneration

---

Meaningful approaches must be affordable to consumers, applicable in the developed and developing world, and allow for continued economic growth and improvements in living standards. Technological advances will be critical.

**Greenhouse Gas Emissions.** At ExxonMobil, we take the risk posed by rising GHG emissions seriously and are taking action. Our scientists and engineers are working to reduce GHG emissions today, while supporting the development of new technologies that could significantly reduce emissions in the long term. Examples include:

• Improving energy efficiency at our facilities, resulting in CO2 emissions reduction of about 8 million metric tons in 2006 from steps taken since 1999, equivalent to taking about 1.5 million cars off the road in the United States;

• Investing in cogeneration capacity, reducing global CO2 emissions by over 10.5 million metric tons in 2006, equivalent to taking about 2 million cars off the road in the United States;

• Continuing to support the *Global Climate and Energy Project* (GCEP) at Stanford University—a pioneering research effort to identify technologies that can meet energy demand with dramatically lower greenhouse gas emissions. Study areas include solar energy, hydrogen, biofuels, and advanced transportation;

• Working with auto and engine manufacturers to improve fuel economy by as much as 30 percent, reducing emissions of CO2 as well as air pollutants;

• Partnering with the European Commission and other organizations to assess the viability of geological carbon storage;

• Exploring new ways to produce hydrogen for potential long-term applications ranging from vehicles to retail stations and large production facilities; and,

• Engaging with the U.S. Environmental Protection Agency in the SmartWay® Transport Partnership to improve fuel economy and reduce emissions associated with the transportation of our products.

In 2006, our greenhouse gas emissions were 146 million metric tons, a 5.4-percent increase over 2005 due to increases in oil production in Africa and the ramp-up in energy-intensive liquefied natural gas (LNG) production from new facilities in the Middle East.

**Research and Development.** We have been working for more than 25 years with scientific and business communities, taking part in research to create economically competitive and affordable future options for reducing global emissions associated with growing demand for energy. Because the combustion of fuels by consumers generates the majority of GHG emissions, we also work with auto and engine manufacturers, government laboratories, and academia to develop more efficient technologies for the use of petroleum products, especially in transportation. As one example, we are working on separate initiatives with Toyota and Caterpillar to develop more efficient, cleaner-burning internal combustion engines and engine systems that could improve the fuel economy of future vehicles by up to 30 percent versus current gasoline engines.

The *Global Climate and Energy Project*, now entering its fifth year, continues to expand and diversify its portfolio of research activities. Research in the past year included work in biomass energy, advanced coal utilization, solar energy, fuel cells, hydrogen, carbon capture and storage, and advanced combustion for possible transportation and other applications. In 2007, GCEP will begin research on advanced energy storage that offers the potential to enhance the commercial

**APP. 105**

environmental performance



Through GCEP, research is being conducted to discover affordable options for reducing global greenhouse gas emissions associated with energy use. For example, graduate student-researcher Shannon Miller investigates more efficient combustion engines in the Advanced Energy Systems Lab at Stanford University.

viability of intermittent energy sources such as wind and solar. Increasingly, GCEP funding has been awarded to scientists outside Stanford at other research institutions in the United States, Australia, the Netherlands, Switzerland, and Japan. Specific research programs launched in 2006 include the investigation of the following:

• Genetically engineering an organism that can convert solar energy into chemical energy stored as hydrogen;

• Developing far more efficient engines based on advanced combustion concepts;

• Storing carbon dioxide underground in secure formations for thousands of years;

• Developing inexpensive solar cells from organic materials; and,

• Preparing specific diesel fuels from biological feedstocks.

## improving energy efficiency

In 2006, we consumed approximately 1475 trillion British thermal units (BTUs) of energy running our operations. Since the launch of our *Global Energy Management System* (GEMS) in 2000, we have identified opportunities to improve energy efficiency at our refineries and chemical plants by 15 to 20 percent. We have implemented more than half of these opportunities, with associated cost savings of approximately $750 million per year in our Refining and Chemical businesses. As a result of these actions, we have avoided the emission of about 8 million tons of associated GHG in 2006, which is roughly equivalent to removing 1.5 million cars from U.S. roads.

We continue to implement a range of operational and facility improvements, conduct targeted research and development of energy-saving new technologies, and apply technological innovations in our projects. As part of the American Petroleum Institute's *Voluntary Climate Challenge Program*, ExxonMobil is committed to improve energy efficiency by 10 percent between 2002 and 2012 across our U.S. refining operations. We are on track to meet this commitment not only in the United States but also globally.

As an example, our Trecate, Italy, refinery improved energy efficiency by over 15 percent since 2000. About half of the improvements to date are the result of low-cost optimization of day-to-day operations. The remainder is attributable to the installation of new energy-efficient facilities. A GEMS assessment in 2006 identified additional energy-saving opportunities equivalent to $10 million to $15 million per year.

**Cogeneration.** Cogeneration is the simultaneous production of electricity and thermal heat/steam. By capturing the waste heat that otherwise escapes into the atmosphere or is lost in condensing steam back to water, we are able to use it directly within our manufacturing and production facilities. Cogeneration has been a significant factor in reducing energy consumption and improving energy efficiency at ExxonMobil facilities around the world. With the latest turbine technology, cogeneration can be twice as efficient as traditional methods of producing steam and power separately.

As an industry leader in cogeneration applications, we invested more than $1 billion into cogeneration projects during 2004 to 2005 alone. We now have interest in about 100 such facilities in more than 30 locations worldwide with a combined capacity of 4300 MW of power. ExxonMobil's current cogeneration capacity reduces global $CO_2$ emissions by over 10.5 million metric tons annually. The amount of $CO_2$ reduced is equivalent to taking about 2 million cars off the road in the United States.

**APP. 106**

# Exhibit I

**From:** Balagia, Jack
**Sent:** Wednesday, November 04, 2015 9:53 PM
**To:** McGowan, Marie C; Conlon, Patrick J
**Cc:** Ebner, Randall M; Johnson, Casey; Johnson, Robert W - Law; Byrne, Richard E; Bell, Annora A; Klafehn, Lynn M; Lee, Joann
**Subject:** Fwd: Investigatory Subpoena from New York State Attorney General's Office


Sent from my iPhone

Begin forwarded message:

> **From:** "Lemuel Srolovic" <<u>Lemuel.Srolovic@ag.ny.gov</u>>
> **To:** "Balagia, Jack" <<u>jack.balagia@exxonmobil.com</u>>
> **Subject: Investigatory Subpoena from New York State Attorney General's Office**
>
> Mr. Balagia – attached is an investigatory subpoena for documents from the New York State Attorney General's office. The subpoena is returnable on December 4, 2015. If you or a colleague would like to discuss the subpoena, my contact information is below. Very truly yours, Lem Srolovic
>
>
> Lemuel M. Srolovic
> Bureau Chief
> Environmental Protection Bureau
> New York State Attorney General
> 212-416-8448 (o)
> 917-621-6174 (m)
> <u>lemuel.srolovic@ag.ny.gov</u>

# Exhibit J

APP. 109

News »    Opinion    Photos    Video    Best Countries    The Report

NEWS  /  NEWS

MORE

## Exxon Mobil on Hot Seat for Global Warming Denial

New York Attorney General Eric Schneiderman subpoenaed the oil and gas giant Wednesday evening.

By Alan Neuhauser  |  Staff Writer    Nov. 5, 2015, at 4:35 p.m.



Exxon Mobil Corp., once on the leading edge of climate science, has been accused of hiding what it knew about the existence of human-induced global warming. (DAVID MCNEW/GETTY IMAGES)

The New York attorney general has launched an investigation into Exxon Mobil to determine whether the country's largest oil and gas company lied to investors about how global warming could hurt its balance sheets and also hid the risks posed by climate change from the public.

Attorney General Eric Schneiderman, a Democrat, issued a subpoena to Exxon Mobil on Wednesday night seeking financial records, internal communications, climate studies, advertising materials and other documents, an official in the attorney general's office familiar with the investigation confirmed Thursday.

The probe spans two areas of the law: consumer protection – whether Exxon Mobil engaged in deceptive or misleading business practices – and New York's fraud and securities law, known as the Martin Act, according to the official, who was not authorized to speak on the record.



WHERE WILL AUDIOBOOKS **TAKE YOU?**

Be transported

SHADY CROSS

audible
an amazon company

## Latest Videos


Sheriff Joe

**APP. 110**

Peabody Energy, the nation's largest coal producer, has also been under investigation for the past two years.

The dual investigations were [first reported by  The New York Times](#).

ADVERTISING



More videos:

  

WHERE WILL AUDIOBOOKS
TAKE YOU?

Be transported

audible
an amazon company

SHADY CROSS




[READ: [More VW, Audi, Porsche Vehicles Implicated in Emissions Scandal](#)]

Schneiderman's subpoena comes just weeks after a [probe by InsideClimate News](#) revealed that despite Exxon funneling millions of dollars in past decades to advocacy groups to obscure how burning oil, gas and coal warms the environment, it had once been a global leader in climate change research.

As early as 1977 – roughly a decade before researcher James Hansen testified before Congress to alert the world to the dangers of climate change – a senior company scientist warned executives that "there is general scientific agreement that the most likely manner in which mankind is influencing the global climate is through carbon dioxide release from the burning of fossil fuels," [InsideClimate News reported](#).

Schneiderman's office began  scrutinizing Exxon Mobil as early as last year, the office official tells U.S. News.  Exxon Mobil has vigorously denied that it suppressed information.

"Nothing could be further from the truth," CEO Rex Tillerson said Wednesday.

[ALSO: [Republican Candidates Embrace Obama's Energy Platform](#)]

Nonetheless, in the weeks since the debut of the InsideClimate package – which was followed shortly by [another expose by the Los Angeles Times](#) – the hashtag #ExxonKnew has been a trending topic on Twitter.

Schneiderman's subpoena could mark the opening salvo in a far broader effort by states to examine what fossil fuel companies knew about man-made climate change, when they knew it and what they may have done to hide its dangers from the public to protect company profits – a campaign that may resemble others that elicited billions of settlement dollars from tobacco companies. (Many of the same marketing figures who worked for the tobacco companies reportedly have [more recently found work with](#) climate-denial groups.)

## Popular Articles



[Trump Hearkens to Reconstruction-Era White Supremacists](#)

[Move Beyond Drugs to](#)

**APP. 111**



Manage Pain



Girls Spend 550 Million Daily Hours on Domestic Chores Globally



Trump Is 9 Points Behind Clinton in Ohio



Russia Denies Interfering in U.S. Election

[DATA MINE:  61 Percent of Public Supports Clean Power Plan in States Suing to Stop It]

Private lawsuits aimed at holding companies liable for damage they've caused to the world's climate have met with little success.

"New York's attorney general has shown great courage in holding to account arguably the richest and most powerful company on Earth," Bill McKibben, co-founder of the environmental group 350.org, said in a statement. "We hope that other state attorney[s] general and the federal Department of Justice, and the Securities [and] Exchange Commission, will show similar fortitude."

Schneiderman reportedly plans to seek re-election in 2018.

*Updated on Nov. 5, 2015: This story has been updated to include additional information from the New York State Attorney General's office.*

Tags: Exxon Mobil, energy policy and climate change, global warming, oil, greenhouse gases, natural gas, environment, energy, New York, courts, Peabody Energy Corp.

---



Alan Neuhauser  |  STAFF WRITER

Alan Neuhauser covers law enforcement and criminal justice for U.S. News & World Report. He also contributes to STEM and Healthcare of Tomorrow, and previously reported on energy and the environment. You can follow him on Twitter or reach him at aneuhauser@usnews.com.

## Promoted Stories

Sponsored Links by Taboola



'Charlie's Angels' Actress Jaclyn Smith Is Totally Unrecognizable Today

Semesterz



After Losing 100 Pounds - Honey Boo Boo's Mom Is A Total Babe

Detonate



The Story Behind Your Last Name Will Surprise You

Ancestry



How to Tell If You Have Schizophrenia

WebMD

## More From U.S. News

by Taboola



APP. 112

# Exhibit K



# Has Exxon Mobil misled the public about its climate change research?

*November 10, 2015 at 6:45 PM EDT*

Oil giant Exxon Mobil was recently subpoenaed by New York's attorney general in an investigation of whether the company has intentionally downplayed the risks of climate change. Judy Woodruff hears from Eric Schneiderman, attorney general of New York, and Kenneth Cohen, vice president of Public & Government Affairs for the Exxon Mobil Corporation.

**JUDY WOODRUFF:** First, a new tack in the battle over climate change: going after energy companies for alleged financial fraud.

New York State Attorney General Eric Schneiderman recently subpoenaed oil giant ExxonMobil, apparently seeking documents that might show the company had downplayed the risks to profits and therefore to investors of stronger regulations on burning fossil fuels. Exxon's history has been the subject of recent reporting by Inside Climate News, The Los Angeles Times and others.

The reporting has alleged the company misled the public about what its own scientists found about the risks of climate change and greenhouse gases.

Here is a clip of a video produced by PBS' Frontline in collaboration with Inside Climate News, a not-for-profit journalism organization that covers energy and the environment.

**MAN:** Proponents of the global warming theory say that higher levels of greenhouse gases are causing world temperatures to rise and that burning fossil fuels is the reason.

**APP. 114**

The scientific evidence remains inconclusive as to whether human activities affect the global climate.

**WOMAN:** We found a trail of documents that that go back to 1977.

Exxon knew carbon dioxide was increasing in the atmosphere, that combustion of fossil fuels was driving it, and that this posed a threat to Exxon. At that time, Exxon understood very quickly that governments would probably take action to reduce fossil fuel consumption. They're smart people, great scientists, and they saw the writing on the wall.

**JUDY WOODRUFF:** That's a Frontline excerpt.

I spoke earlier this evening with New York State Attorney General Eric Schneiderman.

Welcome, Attorney General Eric Schneiderman.

Let me just begin by asking in — what is it that ExxonMobil has done, in your view, that caused you to launch this investigation?

**ERIC SCHNEIDERMAN,** Attorney General, New York: We have been looking at the energy sector generally for a number of years, and have — had several investigations that relate to the phenomenon of global warming, climate change, and the human contribution to it.

So we have subpoenaed, issued a broad subpoena to Exxon because of public statements they have made and how they have really shifted their point of view on this in terms of their public presentation and public reporting over the last few decades.

In the 1980s, they were putting out some very good studies about climate change. They were compared to Bell Labs as being at the leadership of doing good scientific work. And then they changed tactics for some reason, and their numerous statements over the last 20 years or so that question climate change, whether it's happening, that claim that there is no competent model for climate change.

So we're very interested in seeing what science Exxon has been using for its own purposes, because they're tremendously active in offshore oil drilling in the Arctic, for example, where global warming is happening at a much more rapid rate than in more temperate zones. Were

**APP. 115**

they using the best science and the most competent models for their own purposes, but then telling the public, the regulators and shareholders that no competent models existed?

Things like that. We're interested in what they were using internally and what they were telling the world.

**JUDY WOODRUFF:** And what law would be violated by doing this?

**ERIC SCHNEIDERMAN:** Well, in New York, we have laws against defrauding the public, defrauding consumers, defrauding shareholders.

We're at the beginning of the investigation. We have to see what documents are in there, but certainly all of the claims would lie in some form of fraud.

**JUDY WOODRUFF:** Well, I'm sure you're not surprised to know Exxon is categorically denying this. The CEO, Rex Tillerson, said this week nothing could be further from the truth.

In the company's written statement, they start out by saying for many years, they have included all the information they have about the risks of climate change in their public filings, in their reports to shareholders.

**ERIC SCHNEIDERMAN:** We know that they have been issuing public statements that are at odds with that, and that they have been funding organizations that are even more aggressive climate change deniers.

And they have made numerous statements, both Exxon officials and in Exxon reports, but also through these organizations they fund, like the American Enterprise Institute, ALEC, the American Legislative Exchange Council, through their activities with the American Petroleum Institute, so directly and through other organizations, Exxon has said a lot of things that conflict with the statement that they have always been forthcoming about the realities of climate change.

**JUDY WOODRUFF:** Well, let me read you, Attorney General Schneiderman, something else that Exxon has been saying where they reacted to some of the reporting that was done on this which is similar to what you're describing.

**APP. 116**

They say these are allegations based on what they call deliberately cherry-picked statements attributed to various ExxonMobil employees to wrongly suggest that conclusions were reached decades ago by researchers. He said they were statements taken completely out of context and ignored other available statements at the same time.

**ERIC SCHNEIDERMAN:** Well, then they should welcome this investigation, because, unlike journalists, my staff is going to get to read all of the documents in context, and they will have an opportunity to explain the context of the statements and whether there are contradictions or not.

So, we're at the very beginning stages. We don't want to prejudge what we're going to find, but the public record is troubling enough that we brought — that we decided we had to bring this investigation.

Another area that — where they have been active and we're concerned about is overestimating the costs of switching to renewable energy. They have issued reports, one as recently as last year in response to shareholder requests and public requests, estimating that switching over to renewables by the end of this century would raise energy costs, to the point that they would cost — they would be 44 percent of the median income of an American family.

We want to see how they arrived at that conclusion, which we believe to be vastly overstated.

**JUDY WOODRUFF:** How do you draw a line between ExxonMobil doing research and talking openly about the debate out there about what is known about climate change, and on the other hand advocating for policies that they think are going to be better for their own bottom line?

**ERIC SCHNEIDERMAN:** Well, there's nothing wrong with advocating for your own company.

What you're not allowed to do is commit fraud. You're not allowed to have the best climate change science that you're using to build — in your planning of offshore oil towers in the Arctic, where you have to take into account rising sea levels and the melting of the permafrost and things like that. If you're using that internally, but what you're putting out to

**APP. 117**

the world, directly and through these climate denial organizations, is completely in conflict with that, that's not OK.

**JUDY WOODRUFF:** New York State Attorney General Eric Schmitt, we thank you.

**ERIC SCHNEIDERMAN:** Thank you.

**JUDY WOODRUFF:** And joining me now is Kenneth Cohen. He is vice president for public and government affairs with ExxonMobil Corporation.

Kenneth Cohen, welcome.

Let me just begin by asking flat out, has Exxon in any way misled or been dishonest with the public about what it knows about climate change?

**KENNETH COHEN,** Vice President of Public & Government Affairs, Exxon Mobil Corporation: Well, Judy, first, thank you for the invitation to come on tonight's program.

And I also appreciate opening with that question, because the answer is a simple no. And what the facts will show is that the company has been engaged for many decades in a two-pronged activity here.

First, we take the risks of climate change seriously. And we also have been working to understand the science of climate change. And that activity started in the late '70s and has continued up to the present time. Our scientists have produced over 150 papers, 50 of which have been part of peer-reviewed publications.

Our scientists participate in the U.N.'s climate body. We have been participating in the U.N. activities beginning in 1988, running through the present time. At the same time, we have also been engaged in discussions on policy.

And in the discussions on policy, for example, in the late '90s, we were part of a large business coalition that opposed adoption in the U.S. of the Kyoto protocol. Now, why did we do that? We opposed the Kyoto protocol because it would have exempted from its application over two-thirds of the world's emitters. Think about that. And that was in 1997.

**APP. 118**

Going forward, if that policy were in effect today, it would have excluded almost 80 percent of the world's emissions. So that wasn't a good policy approach.

**JUDY WOODRUFF:** Well, let me ask you about one of the points that the attorney general made. He said Exxon over the last few decades, in his words, has shifted tactics, from taking climate change seriously, engaging in serious research, to, he said, much more recently questioning whether it's happening at all.

Is that an accurate, a fair description of the shift that's taken place?

**KENNETH COHEN:** No, it's not. And the facts are as follows.

We have endeavored with — to understand the science of this very complex subject, as I mentioned, beginning in the '70s and running to the present time. This is a very complex area. This is a very complex system, climate.

What we discovered, what our scientists discovered, working in conjunction with the U.S. government, with the Department of Energy, working in conjunction with some of the leading research institutions around the world in the '70s and the '80s, was that the tools available the science to get a handle on the risk, these tools needed to develop, and we, for example, were part of developing, working with others, some of the complex modeling that is used today.

And, today, that work continues. Now, on the policy side, we have to remember that ExxonMobil is a large energy provider, one of the world's largest energy companies. We have a two-pronged challenge in front of us. We produce energy that the modern world runs on.

And what we strive to do is produce that energy while at the same time reducing the environmental footprint associated with our operations and, most importantly, with consumers' use of the energy.

**JUDY WOODRUFF:** And I think people understand that, but I think what is striking was his — was the attorney general's comment that Exxon — what he's concerned about and wants to know is whether Exxon was using one set of scientific models to do its work in the Arctic, for

**APP. 119**

example, where Exxon has been engaged in drilling, and on the other hand telling the public, telling its shareholders a very different set of facts about the state of climate change.

**KENNETH COHEN:** Well, the facts will show that the company has been engaged with, not only on our own, but with — in conjunction with some of the leading researchers.

Our view of this very complex subject over the years, over the decades has mirrored that of the broader scientific community. That is to say, the discussions that have taken place inside our company, among our scientists mirror the discussions that have been taking place and the work that's been taking place by the broader scientific community.

That's what the facts will show.

**JUDY WOODRUFF:** Just final question. He made a point of saying that Exxon has funded a number of organizations that he said that have been openly climate change deniers. He mentioned the American Enterprise Institute. He mentioned the American Petroleum Institute and the American Legislative Exchange.

Has Exxon been funding these organizations?

**KENNETH COHEN:** Well, the answer is yes. And I will let those organizations respond for themselves.

But I will tell you that what we have been engaged in, both — we have been focused on understanding the science, participating with the broader scientific community in developing the science, while at the same time participating in understanding what would be and working with policy-makers on what would be appropriate policy responses to this evolving body of science.

That's why we were involved with large business coalitions challenging the adoption of the Kyoto protocol in the United States. And we then moved to oppose, for example, early adoption of cap-and-trade approaches in the U.S. One of the earlier approaches in the last decade would have exempted, for example, coal from its operations.

**APP. 120**

Case 4:16-cv-00469-K   Document 76-5   Filed 10/17/16   Page 41 of 48   PageID 2517

So we favor the adoption — policy-makers should consider policy and should adopt policy. We have disclosed the risks of climate change to our investors beginning in the middle part of the last decade and extending to the present time.

**JUDY WOODRUFF:** Kenneth Cohen, vice president for ExxonMobil, we appreciate having your point of view, as we do the New York attorney general.

Thank you.

**KENNETH COHEN:** Thank you.

**APP. 121**

# Exhibit L



1 of 1 DOCUMENT


Copyright 2015 Energy Intelligence Group, Inc.
All Rights Reserved
Oil Daily

November 13, 2015 Friday

**SECTION:** FEATURES

**LENGTH:** 725  words

**HEADLINE:** New York Attorney General Comments on Exxon Probe

**BODY:**

New York Attorney General Eric Schneiderman has offered details about the scope and rationale for his office's investigation of whether Exxon Mobil misled investors and the public by concealing facts about climate change and the risks it might pose to the oil and gas industry.

Unlike the New York attorney general's previous probes into four electric utilities -- Dynegy, AES, Xcel and Dominion -- and coal giant Peabody Energy, the scope of the Exxon investigation will be much broader than mere disclosure of climate risk in reports to investors.

Over the past eight years, New York investigated the utility companies -- three of which had plans to build more coal-fired power plants -- and Peabody for allegedly failing to warn investors of risks related to climate change in their filings to the Securities and Exchange Commission (SEC).

In contrast, the Exxon probe is seeking to find out if there were "inconsistencies" in how Exxon used its climate change research and knowledge since the late 1970s to make business decisions versus how it presented that information to investors and the public. Schneiderman's office has said the probe could be expanded to other oil companies.

The New York state investigation was spurred by accusations from <em>InsideClimateNews</em> and the <em>Los Angeles Times </em>that Exxon buried internal research dating back to the late 1970s that showed a link between burning fossil fuels and global warming, but that the company subsequently funded climate-change denial groups. The company rejects the allegations ( OD Oct.23'15 ).

Schneiderman told a gathering sponsored by <em>Politico </em>in New York on Thursday that Exxon appeared to be "doing very good work in the 1980s on climate research" but that its "corporate strategy seemed to shift" later.

He said the company had funded organizations that were "aggressive climate deniers" such as the American Enterprise Institute, the American Legislative Exchange Council, and the American Petroleum Institute.

New York Attorney General Comments on Exxon Probe Oil Daily November 13, 2015 Friday

The New York attorney general said his probe was still at the "very beginning" and its subsequent course would depend on Exxon's "response to our subpoena." Exxon is currently assessing its response.

Schneiderman noted his office's assertive past efforts to "take action on climate change" and said the Exxon probe was "one aspect to it." He said society's failure to address climate change would be "viewed poorly by history."

Exxon and others have described the investigation as politically motivated. It has been facilitated by New York's controversial Martin Act, which gives the attorney general and his staff extraordinary powers to investigate and prosecute fraud ( OD Nov.12'15 ).

Exxon has also said that <em>InsideClimateNews</em> and the <em>LA Times</em> "cherry-picked" information from its past research -- which it said never came to definitive conclusions on the complex science of climate change -- and took this information out of context.

Schneiderman said his office would be the judge of that. "We've issued a subpoena so we can read all the documents since 1977 and can see what the context was," he said.

Exxon began disclosing climate risk in its SEC filings in 2006, after current Chief Executive Rex Tillerson took the helm and adopted a much softer line on climate change than his predecessor, Lee Raymond.

However, Schneiderman said that as recently as 2010 an Exxon official still asserted that there "is no competent model" to assess climate change and its impacts.

"This is a well-run company full of engineers and we would assume its research would reflect that," he said.

Legal experts say it could be difficult for Schneiderman to make a case against Exxon, citing the gradual evolution of climate science over the years, the wide leeway granted by the SEC on disclosure of climate risk, and the challenge of establishing a direct link between adverse impacts of climate change and the practices of an individual company.

Nevertheless, they also point out that the New York attorney general wields a powerful weapon in the form of the broadly written Martin Act.

The state law, which dates from 1921, targets "all deceitful practices contrary to the plain rules of common honesty." It can result in civil or criminal charges -- and big financial penalties -- without requiring any proof of intent to defraud.

Paul Merolli, Washington

**LOAD-DATE:** November 19, 2015

# Exhibit M

**Kline, Scot**

| | |
|---|---|
| **From:** | Michael Meade <Michael.Meade@ag.ny.gov> |
| **Sent:** | Tuesday, March 22, 2016 4:51 PM |
| **To:** | Kline, Scot; Morgan, Wendy |
| **Cc:** | Lemuel Srolovic; Peter Washburn; Eric Soufer; Damien LaVera; Daniel Lavoie; Natalia Salgado; Brian Mahanna |
| **Subject:** | RE: Climate Change Coalition |

A couple of updates to report back to the group. First, after a follow up conversation with our AG, Al Gore will now be joining us for part of the day on 3/29. This will certainly add a little star power to the announcement!

We will also be joined by MA AG Healey, which will bring our total number of AG's to a grand total of 7. I'm waiting to hear back from New Mexico, which is our possible 8th Attorney General. On the staff side, a total of 16 states (including DC and USVI) will be joining us for the meetings.

**From:** Kline, Scot [mailto:scot.kline@vermont.gov]
**Sent:** Tuesday, March 22, 2016 11:41 AM
**To:** Michael Meade; Morgan, Wendy
**Cc:** Lemuel Srolovic; Peter Washburn; Eric Soufer; Damien LaVera; Daniel Lavoie; Natalia Salgado; Brian Mahanna
**Subject:** RE: Climate Change Coalition

Mike:

Looks good. One suggestion. We are thinking that use of the term "progressive" in the pledge might alienate some. How about "affirmative," "aggressive," "forceful" or something similar?

Thanks.

Scot

**From:** Michael Meade [mailto:Michael.Meade@ag.ny.gov]
**Sent:** Monday, March 21, 2016 2:59 PM
**To:** Kline, Scot <scot.kline@vermont.gov>; Morgan, Wendy <wendy.morgan@vermont.gov>
**Cc:** Lemuel Srolovic <Lemuel.Srolovic@ag.ny.gov>; Peter Washburn <Peter.Washburn@ag.ny.gov>; Eric Soufer <Eric.Soufer@ag.ny.gov>; Damien LaVera <Damien.LaVera@ag.ny.gov>; Daniel Lavoie <Daniel.Lavoie@ag.ny.gov>; Natalia Salgado <Natalia.Salgado@ag.ny.gov>; Brian Mahanna <Brian.Mahanna@ag.ny.gov>
**Subject:** Climate Change Coalition

Wendy and Scott,

Below are the broad goals and principles that we'd like to lay out as part of the coalition announcement next week. The filing of the brief and the defense of the EPA regs will highlight these principles. Let us know if you have any thoughts or edits to this. If it looks okay to you, I'll forward this around to the other offices when we have a draft release ready to go out. I'll also be asking the offices to contribute a quote from their respective AG's for the press release.

Let me know if you have any questions or comments.

**APP. 126**

Mike



**Climate Coalition of Attorneys General**

<u>Principles</u>:

- **Climate Change is Real**

The evidence that global temperatures have been rising over the last century-plus is unequivocal.

- **Climate Change Pollution Is The Primary Driver**

Natural forces do not explain the observed global warming trend.

- **People Are Being Harmed**

Climate change represents a clear and present danger to public health, safety, our environment and our economy -- now and in the future.

- **Immediate Action Is Necessary**

Climate change – and its impacts – is worsening. We must act now to reduce emissions of climate change pollution to minimize its harm to people now and in the future.

<u>Pledge</u>:

We pledge to work together to fully enforce the State and federal laws that require progressive action on climate change and that prohibit false and misleading statements to the public, consumers and investors regarding climate change.

- **Support Progressive Federal Action; Act Against Federal Inaction**

Support the federal government when it takes progressive action to address climate change, and press the federal government when it fails to take necessary action.

- **Support State and Regional Action**

Provide legal support to progressive state and regional actions that address climate change, supporting states in their traditional role as laboratories of innovation.

- **Defend Progress**

Serve as a backstop against efforts to impede or roll-back progress on addressing climate change.

- **Support Transparency And Disclosure**

Ensure that legally-required disclosures of the impacts of climate change are fully and fairly communicated to the public.

- **Engage The Public**

**APP. 127**

Raise public awareness regarding the impacts to public health, safety, our environment and our economy caused by climate change.

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.

**APP. 128**