IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:16-CV-469-K |
| MAURA TRACY HEALEY, Attorney General of Massachusetts, in her official capacity, | ) |
| Defendant. | ) |

**PROPOSED ORDER ON DEFENDANT'S
<u>MOTION TO RECONSIDER JURISDICTIONAL DISCOVERY ORDER</u>**[1]

Before the Court is Defendant Attorney General Maura Healey's Motion to Reconsider Jurisdictional Discovery Order filed October 20, 2016. The Court has reviewed and considered the motion, the pleadings on file in this case, and the applicable law. Upon review the Motion is **GRANTED**. The Jurisdictional Discovery Order is **VACATED** pending review of Defendant Attorney General Maura Healey's Motion to Dismiss, filed August 8, 2016.

Signed this _____ day of _____, 2016.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

---

[1] As discussed in Attorney General Healey's Motion to Reconsider Jurisdictional Discovery Order and accompanying brief, Attorney General Healey requests that the Court grant her Motion to Dismiss (Doc. 41), which was accompanied by a proposed order, and offers this proposed order for use if the Court does not dismiss this action.

1