IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:16-CV-469-K |
| | § | |
| MAURA TRACY HEALEY, Attorney General of Massachusetts in her official capacity, | § § § § | |
| Defendant. | | |

## ORDER

Before the Court is Plaintiff's Motion to Expedite Briefing and Consideration of its Motion for Leave to Amend (Doc. No. 77). After consideration, the Court **GRANTS** this motion.

Attorney General Healey's opposition to ExxonMobil's Motion for Leave to File a First Amended Complaint (Doc. No. 74) should be filed **no later than NOON on November 7, 2016.** Plaintiff Exxon Mobil's reply to Attorney General Healey's opposition to its Motion for Leave to File a First Amended Complaint should be filed

1

**no later than NOON on November 9, 2016.**

SO ORDERED.

Signed November 3rd, 2016.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE