IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 4:16-CV-469-K |
| MAURA TRACY HEALEY, Attorney ) | |
| General of Massachusetts, in her official ) | |
| capacity, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**APPENDIX**

**OPPOSITION OF ATTORNEY GENERAL HEALEY TO
EXXON MOBIL CORPORATION'S MOTION FOR LEAVE
TO FILE A FIRST AMENDED COMPLAINT**

| **Exhibit** | **Description** | **Page(s)** |
|---|---|---|
| n/a | Declaration of Peter C. Mulcahy (Nov. 7, 2016) | - |
| 1 | Transcript of an October 24, 2016, hearing before the New York Supreme Court for New York County in *In the Matter of the Application of the People of the State of New York*, Index No. 451962/2016, Document No. 42, accessible at https://iapps.courts.state.ny.us/webcivil/FCASMain. | 001-068 |
| 2 | Decision and Order, dated October 25, 2016, of the New York Supreme Court for New York County in *In the Matter of the Application of the People of the State of New York*, Index No. 451962/2016, Document No. 46, accessible at https://iapps.courts.state.ny.us/webcivil/FCASMain. | 069-075 |
| 3 | Clifford Krauss, *Exxon Concedes It May Need to Declare Lower Value for Oil in Ground*, N.Y. TIMES, Oct. 28, 2016, http://www.nytimes.com/2016/10/29/business/energy-environment/exxon-concedes-it-may-need-to-declare-lower- | 076-080 |

| | | |
|---|---|---|
| | value-for-oil-in-ground.html. | |
| 4 | Bradley Olson & Lynn Cook, *Exxon Warns on Reserves As It Posts Lower Profit: Oil producer to examine whether assets in an area devastated by low price and environmental concerns should be written down*, WALL ST. J., Oct. 28, 2016, http://www.wsj.com/articles/exxon-mobil-profit-revenue-slide-again-1477657202. | 081-084 |
| 5 | Steven Mufson, *ExxonMobil tells independent groups to preserve records of their climate case communications— including with press*, THE WASHINGTON POST, Nov. 3, 2016, https://www.washingtonpost.com/news/energy-environment/wp/2016/11/03/exxonmobil-tells-independent-groups-to-preserve-records-of-their-climate-case-communications-including-with-the-press. | 085-088 |

Dated: November 7, 2016

                          Respectfully submitted,

                          MAURA HEALEY
                          ATTORNEY GENERAL OF MASSACHUSETTS

                          By her attorneys:

                          *s/ Douglas A. Cawley*

| | |
|---|---|
| Richard Johnston (*pro hac vice*) | Douglas A. Cawley |
| Chief Legal Counsel | Lead Attorney |
| richard.johnston@state.ma.us | Texas State Bar No. 04035500 |
| Melissa A. Hoffer (*pro hac vice*) | dcawley@mckoolsmith.com |
| Chief, Energy and Environment Bureau | Richard A. Kamprath |
| melissa.hoffer@state.ma.us | Texas State Bar No. 24078767 |
| Christophe G. Courchesne (*pro hac vice*) | rkamprath@mckoolsmith.com |
| Chief, Environmental Protection Division | MCKOOL SMITH, P.C. |
| christophe.courchesne@state.ma.us | 300 Crescent Court, Suite 1500 |
| I. Andrew Goldberg (*pro hac vice*) | Dallas, Texas 75201 |
| andy.goldberg@state.ma.us | (214) 978-4000 |
| Peter C. Mulcahy (*pro hac vice*) | Fax (214) 978-4044 |
| peter.mulcahy@state.ma.us | |
| Assistant Attorneys General | |
| OFFICE OF THE ATTORNEY GENERAL | |
| One Ashburton Place, 18th Floor | |
| Boston, MA 02108 | |
| (617) 727-2200 | |
| Fax (617) 727-9665 | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 7, 2016, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

                          *s/ Douglas A. Cawley*
                          Douglas A. Cawley