IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   No. 4:16-CV-469-K |
| MAURA TRACY HEALEY, Attorney General of Massachusetts, in her official capacity, | ) ) ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## **DECLARATION OF PETER C. MULCAHY**

I, Peter C. Mulcahy, declare as follows:

1. My name is Peter C. Mulcahy. I am admitted to practice *pro hac vice* in this Court and am an Assistant Attorney General in the Environmental Protection Division of the Office of Massachusetts Attorney General Maura Healey. I am one of the attorneys representing Maura Healey, Attorney General of Massachusetts, in her official capacity, in this case. I am over 18 years of age and am fully competent in all respects to make this Declaration. I have personal knowledge of the facts stated herein, and each of them is true and correct.

2. I submit this declaration in support of the Attorney General's Opposition to the Plaintiff Exxon Mobil Corporation's Motion for Leave to File a First Amended Complaint.

3. Attached to this declaration as **Exhibit 1** is a true and accurate copy of the transcript of an October 24, 2016 hearing before the New York Supreme Court for New York County in *In the Matter of the Application of the People of the State of New York*, Index No. 451962/2016, Document No. 42. I obtained a copy of the document from New York's WebCivil

Supreme online docketing system, which is accessible at https://iapps.courts.state.ny.us/webcivil/FCASMain, on November 3, 2016.

4. Attached to this declaration as **Exhibit 2** is a true and accurate copy of a Decision and Order, dated October 25, 2016, of the New York Supreme Court for New York County in *In the Matter of the Application of the People of the State of New York*, Index No. 451962/2016, Document No. 46. I obtained a copy of the document from New York's WebCivil Supreme online docketing system, which is accessible at https://iapps.courts.state.ny.us/webcivil/FCASMain, on November 3, 2016.

5. Attached to this declaration as **Exhibit 3** is a true and accurate copy of the article "Exxon Concedes It May Need to Declare Lower Value for Oil in Ground," written by Clifford Krauss, published by The New York Times on October 28, 2016, at http://www.nytimes.com/2016/10/29/business/energy-environment/exxon-concedes-it-may-need-to-declare-lower-value-for-oil-in-ground.html.

6. Attached to this declaration as **Exhibit 4** is a true and accurate copy of the article "Exxon Warns on Reserves As It Posts Lower Profit: Oil producer to examine whether assets in an area devastated by low price and environmental concerns should be written down," written by Bradley Olson and Lynn Cook, published by The Wall Street Journal on October 28, 2016, at http://www.wsj.com/articles/exxon-mobil-profit-revenue-slide-again-1477657202.

7. Attached to this declaration as **Exhibit 5** is a true and accurate copy of the article "ExxonMobil tells independent groups to preserve records of their climate case communications—including with press," written by Steven Mufson, published by The Washington Post on November 3, 2016, at https://www.washingtonpost.com/news/energy-

environment/wp/2016/11/03/exxonmobil-tells-independent-groups-to-preserve-records-of-their-climate-case-communications-including-with-the-press.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 7, 2016.

*s/ Peter C. Mulcahy*
Peter C. Mulcahy (admitted *pro hac vice*)
peter.mulcahy@state.ma.us
Assistant Attorney General
Environmental Protection Division
Office of Massachusetts Attorney
 General Maura Healey
(617) 727-2200
(617) 727-9665 (fax)