IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:16-CV-469-K |
| | § | |
| MAURA TRACY HEALEY, Attorney General of Massachusetts in her official capacity, | § § § | |
| | § | |
| Defendant. | | |

## ORDER

Before the Court is Plaintiff Exxon Mobil Corporation's Motion for Leave to File a First Amended Complaint (Doc. No. 74). There is a presumption in favor of the Court granting a party's motion for leave to amend. *Mayeaux v. Louisiana Health Serv. & Indem. Co.*, 376 F.3d 420, 425 (5th Cir. 2004); *Lyn-Lea Travel Corp. v. Am. Airlines, Inc.*, 283 F.3d 282, 286 (5th Cir. 2002). Federal Rule of Civil Procedure 15(a) permits the Court to "freely give leave" to a party to amend a pleading "when justice so requires." FED. R. CIV. P. 15(a). The Court **GRANTS** Plaintiff's Motion for Leave to File a First Amended Complaint.

**SO ORDERED.**

Signed November 10th, 2016.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE

1