Attorney: Paul, Weiss, Rifkind, Wharton & Garrison
Address: 1285 Avenue Of The Americas New York, NY 10019

EXXON MOBIL CORPORATION,

*Plaintiff*

vs

ERIC TRADD SCHNEIDERMAN, et al

*Defendant*

Civil Action Number: 4:16-cv-00469-K

Client's File No.:

Court Date:

Court Time:

Date Filed:

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:
Latchme D. Munswami, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **11/14/2016**, at **12:47 PM** at: **120 BROADWAY, 24TH FLOOR, NEW YORK, NY 10271** Deponent served the within **Summons In a Civil Action, Exxonmobil's First Amended Complaint for Declaratory and Injunctive Relief, Appendix to the Amended Complaint and an Order Granting to Leave to File**

On: **ERIC TRADD SCHNEIDERMAN, ATTORNEY GENERAL OF NEW YORK, IN HIS OFFICIAL CAPACITY**, therein named.

☒ **#1 Corporation or Partnership or Trust or LLC or Agency**
By delivering thereat a true copy of each to Banga Sachin personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC/agency described in said aforementioned document as said party and knew said individual to be Clerk thereof, authorized to accept on behalf

☒ **#2 DESCRIPTION**
| Sex: Male | Color of skin: Indian | Color of hair: Black | Glasses: Yes |
| Age: 36 - 50 Yrs. | Height: 5ft 0inch - 5ft 3inch | Weight: 131-160 Lbs. | Other Features: |

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☐ **#4 OTHER**

Sworn to before me on 11/15/2016

BALDEO C. DEEPAUL
Notary Public State of New York
Registration No. 01DR6349410
Qualified in Queens County
Commission Expires 10/17/2020

Latchme D. Munswami
DCA License# 1450626

AO 440 (Rev 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Exxon Mobil Corporation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:16-cv-00469-K |
| | ) | |
| Eric Tradd Schneiderman | ) | |
| *Defendant* | ) | |
| | ) | |

## Summons in a Civil Action

**TO:** Eric Tradd Schneiderman, Attorney General of New York, in his official capacity
120 Broadway, 24th Floor
New York, NY 10271

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Ralph Duggins
Cantey Hanger Plaza
600 W 6th St Suite 300
Fort Worth, TX 76102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE  11/14/2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:16-cv-00469-K

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other *(specify)* _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: