# McKool Smith

| | | |
|---|---|---|
| Douglas A. Cawley<br>Direct Dial: (214) 978-4972<br>dcawley@McKoolSmith.com | 300 Crescent Court<br>Suite 1500<br>Dallas, TX 75201 | Telephone: (214) 978-4000<br>Facsimile: (214) 978-4044 |

November 17, 2016

The Honorable Ed Kinkeade
U.S. District Judge
United States District Court
1100 Commerce Street, Room 1625
Dallas, Texas 75242

      RE:    *Exxon Mobil Corporation v. Maura Tracy Healey, Attorney General of Massachusetts, in her official capacity*; Case No. 4:16-cv-469-K, In the United States District Court for the Northern District of Texas, Fort Worth Division.

Dear Hon. Judge Kinkeade:

As a followup to Mr. Marketos' letter of last night, Attorney General Healey joins Attorney General Schneiderman in agreeing to the referral of discovery issues to a magistrate judge of the court.

                                    Regards,

                                    *s/ Douglas A. Cawley*

                                  Douglas A. Cawley

cc:    All counsel of record