IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

|  |  |
|---|---|
| EXXON MOBIL CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ERIC TRADD SCHNEIDERMAN, )<br>Attorney General of New York, in his )<br>official capacity, and MAURA TRACY )<br>HEALEY, Attorney General of )<br>Massachusetts, in her official capacity, )<br>)<br>Defendants. ) | No. 4:16-CV-469-K |

## **APPENDIX**

**MOTION TO VACATE ORDER FOR DEPOSITION OF ATTORNEY GENERAL HEALEY AND STAY DISCOVERY, AND FOR A PROTECTIVE ORDER**

| **Exhibit** | **Description** | **Page(s)** |
|---|---|---|
| n/a | Declaration of Peter C. Mulcahy (Nov. 25, 2016) | - |
| 1 | Order, *Exxon Mobil Corp. v. Schneiderman*, No. 4:16-cv-469-K (N.D. Tex. Nov. 17, 2016) (Doc. No. 117). | 001-003 |
| 2 | Transcript of Telephone Conference Proceedings, *Exxon Mobil Corp. v. Schneiderman*, No. 4:16-cv-469-K (N.D. Tex. Nov. 16, 2016) (Doc. No. 114). | 004-030 |
| 3 | Order, *Exxon Mobil Corp. v. Schneiderman*, No. 4:16-cv-469-K (N.D. Tex. Oct. 13, 2016) (Doc. No. 73). | 031-037 |
| 4 | Memorandum of Law in Support of the Motion to Compel Compliance with an Investigative Subpoena Issued by the Attorney General of the State of New York, *In the Matter of the Application of the People of the State of New York*, No. 451962/2016 (N.Y. Sup. Ct. Nov. 14, 2016) (Doc. No. 50), accessible at https://iapps.courts.state.ny.us/webcivil/FCASMain. | 038-051 |

| | | |
|---|---|---|
| 5 | Appearance Detail, *In the Matter of the Application of the People of the State of New York*, No. 451962/2016 (N.Y. Sup. Ct.), accessible at https://iapps.courts.state.ny.us/webcivil/FCASMain. | 052-053 |
| 6 | Transcript of Preliminary Injunction Proceedings, *Exxon Mobil Corp. v. Schneiderman*, No. 4:16-cv-469-K (N.D. Tex. Sept. 19, 2016) (Doc. No. 68). | 054-160 |
| 7 | Notice to Appear for a Motion Hearing, *In re Civil Investigative Demand No. 2016-EPD-36*, No. 16-cv-1888F (Mass. Super. Ct. Oct. 21, 2016). | 161-162 |

Respectfully submitted,

MAURA HEALEY
ATTORNEY GENERAL OF
MASSACHUSETTS

By her attorneys:

| | |
|---|---|
| | *s/ Douglas A. Cawley* |
| Richard Johnston (*pro hac vice*) | Douglas A. Cawley |
| Chief Legal Counsel | Lead Attorney |
| richard.johnston@state.ma.us | Texas State Bar No. 04035500 |
| Melissa A. Hoffer (*pro hac vice*) | dcawley@mckoolsmith.com |
| Chief, Energy and Environment Bureau | Richard A. Kamprath |
| melissa.hoffer@state.ma.us | Texas State Bar No. 24078767 |
| Christophe G. Courchesne (*pro hac vice*) | rkamprath@mckoolsmith.com |
| Chief, Environmental Protection Division | MCKOOL SMITH, P.C. |
| christophe.courchesne@state.ma.us | 300 Crescent Court, Suite 1500 |
| I. Andrew Goldberg (*pro hac vice*) | Dallas, Texas 75201 |
| andy.goldberg@state.ma.us | (214) 978-4000 |
| Peter C. Mulcahy (*pro hac vice*) | Fax (214) 978-4044 |
| peter.mulcahy@state.ma.us | |
| Assistant Attorneys General | |
| OFFICE OF THE ATTORNEY GENERAL | |
| One Ashburton Place, 18th Floor | |
| Boston, MA 02108 | |
| (617) 727-2200 | |
| Fax (617) 727-9665 | |

Dated: November 25, 2016

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 25, 2016, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

*s/ Douglas A. Cawley*
Douglas A. Cawley

iii