UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

EXXON MOBIL CORPORATION §
   *Plaintiff* §
 §
 §
v. § Case No. 4:16-CV-469-K
 §
 §
ERIC TRADD SCHNEIDERMAN et al. §
   *Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I. Applicant is an attorney and a member of the law firm of (or practices under the name of)

Office of the Attorney General of the State of New York            , with offices at

120 Broadway
(Street Address)

New York                         NY            11231
(City)                           (State)       (Zip Code)

212-416-8633                     212-416-6009
(Telephone No.)                  (Fax No.)


II. Applicant will sign all filings with the name Roderick L. Arz                .


III. Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Eric T. Schneiderman, in his official capacity as the Attorney General of the State of New York



to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.   Applicant is a member in good standing of the bar of the highest court of the state of _____New York_____, where Applicant regularly practices law.

Bar license number: 4445532    Admission date: October 16, 2006

For Court Use Only.
Bar Status Verified: _____

Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).

V.   Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Southern District of New York | May 22, 2007 | Active |
| Eastern District of New York | July 31, 2007 | Active |
| | | |
| | | |

VI.   Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII.   Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII.   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:      Case No. And Style:

N/A                       N/A

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

Reese Gordon Marketos LLP _____, who has offices at

750 N. Saint Paul St., Suite 610
(Street Address)

Dallas                    Texas           75201
(City)                    (State)         (Zip Code)

214-382-9810
(Telephone No.)           (Facsimile No.)

XI. Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 28 day of November, 2016.

Roderick L. Arz
Printed Name of Applicant

_____
Signature

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## RODERICK LEOPOLD ARZ

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **October 16, 2006**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

November 21, 2016

Clerk of the Court

5453