UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| EXXON MOBIL CORPORATION<br>*Plaintiff*<br><br>v.<br><br>ERIC TRADD SCHNEIDERMAN, Attorney General of New York, in his official capacity, and MAURA TRACY HEALEY, Attorney General of Massachusetts, in her official capacity<br><br>*Defendants* | § § § § § § § § § § § | Case No. 4:16-CV-469-K |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I. Applicant is an attorney and a member of the law firm of (or practices under the name of)

New York State Office of the Attorney General                    , with offices at

120 Broadway
(Street Address)

New York                         NY                  10271
(City)                           (State)             (Zip Code)

212.416.8085                     212.416.8942
(Telephone No.)                  (Fax No.)


II. Applicant will sign all filings with the name  Jason Brown                    .


III. Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Eric Tradd Schneiderman, Attorney General of New York in his official capacity


to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of _____New York_____, where Applicant regularly practices law.

Bar license number: 2202265     Admission date: 1988

For Court Use Only.
Bar Status Verified: _____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Southern District of New York | September 1, 1989 | Active |
| Eastern District of New York | February 28, 1989 | Active |
| | | |
| | | |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

_____        _____

_____        _____

_____        _____

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

<u>Pete Marketos of Reese Gordon Marketos, LLP</u>                                    , who has offices at

<u>750 N. Saint Paul Street</u>
(Street Address)

<u>Dallas</u>                                <u>Texas</u>              <u>75201</u>
(City)                                  (State)              (Zip Code)

<u>214.382.9803</u>                          <u>214.382.9810</u>
(Telephone No.)                          (Facsimile No.)

XI. Check the appropriate box below.

   For Application in a **Civil Case**

   [✔] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

   For Application in a **Criminal Case**

   [ ] Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the <u>2</u> day of <u>December</u>, <u>2016</u>.

<u>S Jason Brown</u>
Printed Name of Applicant

<u>/s/ Jason Brown</u>
Signature



# Appellate Division of the Supreme Court of the State of New York
# Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **S. Jason Brown** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **27th** day of **July 1988**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on November 22, 2016.

*Aprilanne Agostino*

**Clerk of the Court**