IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:16-CV-469-K |
| | ) | |
| ERIC TRADD SCHNEIDERMAN, | ) | |
| Attorney General of New York, in his official capacity, and MAURA TRACY HEALEY, Attorney General of Massachusetts, in her official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER ON DEFENDANT'S
MOTION TO STAY PENDING APPELLATE REVIEW**

Before the Court is Defendant Attorney General Maura Healey's Motion for a Stay Pending Appellate Review filed December 6, 2016. The Court has reviewed and considered the motion, the opposition to it, and the applicable law. Upon review, this Court believes that a stay is justified pending a ruling from the U.S. Court of Appeals for the Fifth Circuit on Attorney General Healey's forthcoming petition for mandamus.

Defendant's Motion to Stay Pending Appellate Review is **GRANTED**.

ED KINKEADE
UNITED STATES DISTRICT JUDGE