## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:16-CV-469-K |
| | § | |
| ERIC TRADD SCHNEIDERMAN, | § | |
| Attorney General of New York, in his | § | |
| official capacity, and MAURA TRACY | § | |
| HEALEY, Attorney General of | § | |
| Massachusetts, in her official capacity, | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

## ORDER

Before the Court are: (1) Defendant New York Attorney General's Motion to Quash and for a Protective Order (Doc. No. 135); and (2) Defendant Attorney General Healey's Motion for a Stay Pending Appellate Review and Points and Authorities in Support of the Request (Doc. No. 140) (collectively "Defendants' Motions").

After careful consideration of Defendants' Motions, the responses, the replies, the supporting appendices, and the applicable law, the Court **DENIES** Defendants' Motions and all requested relief.

**SO ORDERED.**

Signed December 9th, 2016.

_Ed Kinkeade_

ED KINKEADE
UNITED STATES DISTRICT JUDGE