IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION, | § § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 4:16-CV-469-K |
| ERIC TRADD SCHNEIDERMAN, Attorney General of New York, in his official capacity, and MAURA TRACY HEALEY, Attorney General of Massachusetts, in her official capacity, | | |
| Defendants. | | |

## ORDER

The Court hereby cancels the deposition of Attorney General Healey that is set for Tuesday, December 13, 2016 at 9:00 a.m.

**SO ORDERED**.

Signed December 12th, 2016.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

1