## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:16-CV-469-K |
| | § | |
| ERIC TRADD SCHNEIDERMAN, | § | |
| Attorney General of New York, in his | § | |
| official capacity, MAURA TRACY | § | |
| HEALEY, Attorney General of | § | |
| Massachusetts, in her official capacity, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court **ORDERS** all parties to submit a brief to the Court regarding whether this Court has personal jurisdiction over Defendants Attorney General Healey and/or Attorney General Schneiderman totaling twenty-five (25) pages. All briefing on this issue of personal jurisdiction must be filed **on or before January 4, 2017**. **No extensions of this deadline will be considered absent exigent circumstances**.

**SO ORDERED.**

Signed December 12th, 2016.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE

1