

December 12, 2016

*Via ECF*
Honorable Ed Kinkeade
United States District Court
Northern District of Texas
1100 Commerce Street, Room 1625
Dallas, Texas 75242

    Re:    Case No. 4:16-cv-00469-K; *Exxon Mobil Corporation v. Healey*

Dear Judge Kinkeade:

    I write to modify one of our prior filings. The NYOAG's stay motion [ECF 156] indicated that the NYOAG would be filing a mandamus petition with the Fifth Circuit today. I write to respectfully inform the Court that, in light of today's orders, the NYOAG is no longer planning to such a petition today.

                          Very truly yours,

                          Jeffrey M. Tillotson, P.C.

JMT:sdw