CTJ  Case: 16-11741  Document: 00513795690  Page: 1  Date Filed: 12/13/2016

Case 4:16-cv-00469-K  Document 161  Filed 12/14/16  Page 1 of 1  PageID 5428

**FILED**
**December 14, 2016**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

4:16-CV-469-K
_____

No. 16-11741
_____

In re: MAURA TRACY HEALEY, In her official capacity as Attorney General of the State of Massachusetts,

    Petitioner

_____

Petition for a Writ of Mandamus to the
Northern District of Texas, Fort Worth

_____

Before CLEMENT, PRADO, and HIGGINSON, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the petition for writ of mandamus is DENIED AS MOOT.

    IT IS FURTHER ORDERED that the motion to stay District Court proceedings pending the petition for writ of mandamus is DENIED AS MOOT.

A True Copy
Certified order issued Dec 13, 2016

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**