IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:16-CV-469-K |
| | § | |
| ERIC TRADD SCHNEIDERMAN, | § | |
| Attorney General of New York, in his | § | |
| official capacity, MAURA TRACY | § | |
| HEALEY, Attorney General of | § | |
| Massachusetts, in her official capacity, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court hereby extends the deadline set by the Court's, December 12, 2016 Order (Doc. No. 159), **to February 1, 2017** and **ORDERS** all parties to submit a brief to the Court regarding whether this Court has personal jurisdiction over Defendants Attorney General Healey and/or Attorney General Schneiderman. The briefs shall be no more than twenty-five (25) pages in length. **<u>No extensions of this deadline will be considered absent exigent circumstances</u>**.

SO ORDERED.

Signed December 15th, 2016.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE

1